1  LAURA E. FERRET, ESQ., SBN: 324773
   BPE LAW GROUP, P.C.
2  2339 Gold Meadow Way, Suite 101
   Gold River, California 95670
3  Telephone:   (916) 966-2260
   Facsimile:    (916) 346-4880
4
   *Attorney for Plaintiffs*
5  STEPHEN and AMBER WOO

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  STEPHEN WOO, an individual; AMBER      No. _____
    WOO, an individual,
12                                          **COMPLAINT FOR:**
                    Plaintiffs,
13                                          **1. VIOLATION OF THE CARMACK
            v.                                 AMENDMENT (49 U.S.C. § 14706)**
14
    UNITED EXPRESS GROUP, INC., a          **2. UNLAWFUL CARRIER ACTIVITY**
15  California corporation; PEOPLE MOVERS
    CALIFORNIA, INC., a California         **3. FAILURE TO COMPLY WITH FEDERAL
16  corporation; LONG DISTANCE MOVING         CONSUMER PROTECTION MANDATES**
    EXPERTS, INC., an Illinois corporation;
17  SATELLITE LOGISTICS, INC., an          **4. UNFAIR BUSINESS PRACTICES
    Illinois corporation; NICOLAE GUTU, an    (CA BUS. & PROF. CODE § 17200 *et seq*)**
18  individual; PETREA GHERASIM, an
    individual; and DOES 1 through 50,
19  inclusive,
                                            **Demand for Jury Trial.**
20                  Defendants.

21

22        Plaintiffs STEPHEN and AMBER WOO, allege upon information and belief as follows:

23                              **PARTIES**

24        1.     At all relevant times herein prior to October 26, 2020, Plaintiff STEPHEN WOO

25  was a resident of the City of Orangevale, California, and co-owner of the residence located at

26  5652 Walnut Avenue, Orangevale, CA 95662.

27  / / /

28  / / /

-1-

2.  At all times relevant herein, prior to October 26, 2020, Plaintiff AMBER WOO was a resident of the City of Orangevale, California, and co-owner of the residence located at 5652 Walnut Avenue, Orangevale, CA 95662.

3.  Plaintiffs STEPHEN WOO and AMBER WOO (collectively, "Plaintiffs" or "Plaintiffs WOO") are married as husband and wife, and together with their minor children are herein referred to as the "Woos."

4.  At all times subsequent to, and including October 26, 2020, Plaintiffs WOO were and are residents of the City of Lamar, Arkansas, residing at 2834 State Highway 292, Lamar, Arkansas 72846.

5.  Plaintiffs are informed and believe and based thereon allege that Defendant, UNITED EXPRESS GROUP, INC. ("UEG"), is, and at all times relevant to the facts herein was, a corporation doing business as "People Movers" in the State of California as a moving and storage company operating out of the location at 5025 Arnold Avenue, McClellan Park, California 95652. At all times herein mentioned, Defendant UEG was and is a corporation licensed to and doing business within the County of Sacramento, State of California, and elsewhere, as an interstate mover of household goods under California Corporate Number C4292927, operating since at least June 19, 2019. A true and correct copy of the Statement of Information filed under the California Secretary of State showing this information is attached hereto as ("**Exhibit 1**"). Plaintiffs are informed and believe and thereon allege that Defendant UEG was operating under the United States Department of Transportation ("USDOT") Number 3737346, and according to the Federal Motor Carrier Safety Administration ("FMCSA") systems, was officially doing business as "PEOPLE MOVERS" at 5025 Arnold Avenue, McClellan, CA 95652 and was not authorized to operate at the time of Plaintiffs' move due to a pending application to operate. A "SAFER Web – Company Snapshot UEG" retrieved on November 18, 2021 shows that UEG was in a "NOT AUTHORIZED" operating status and that UEG was doing business as "People Movers" at 5025 Arnold Ave., McClellan, CA 95652. A true and correct copy of this status is attached hereto as ("**Exhibit 2**"). Plaintiffs are informed and believe and based thereon allege that Defendant UEG was operating within Sacramento County under the

-2-

1    registered fictitious business name "PEOPLE MOVERS," and Fictitious Business Name File

2    Number FBNF2021-00409, with an original filing date of January 14, 2021, and with an

3    expiration of January 14, 2026, throughout the duration of the events alleged herein. A true and

4    correct copy of the "Citizen Access Sacramento County e-Portal fictitious Business Name

5    Search" showing UEG doing business in Sacramento County as "People Movers" is attached

6    hereto as (**"Exhibit 3"**).

7        6.    Plaintiffs are informed and believe and based thereon allege that Defendant,

8    PEOPLE MOVERS CALIFORNIA, INC. ("PMCA") is, and at all times relevant to the facts

9    herein was, a corporation doing business as "People Movers" in the State of California as a

10   moving and storage company operating out of the location at 5025 Arnold Avenue, McClellan

11   Park, California 95652. Plaintiffs are informed and believe and based thereon allege that

12   Defendant PMCA was and is a corporation licensed to and doing business within the County of

13   Sacramento, State of California, and elsewhere, as an interstate mover of household goods under

14   California Corporate Number C4853296, since February 25, 2022.

15       7.    Plaintiffs are informed and believe and based thereon allege that Defendant,

16   LONG DISTANCE MOVING EXPERTS, INC. ("LDME") is, and at all times relevant to the

17   facts herein was, a corporation doing business as "People Movers" in the State of California as a

18   moving and storage company operating out of the location at 5025 Arnold Avenue, McClellan

19   Park, California 95652. Plaintiffs are informed and believe and based thereon allege that

20   Defendant LDME was and is a corporation licensed to and doing business within the County of

21   Cook, State of Illinois, and elsewhere, as an interstate mover of household goods under Illinois

22   Corporate Number 72193571, since February 7, 2019. Plaintiffs are informed and believe and

23   thereon allege that Defendant LDME was operating under the USDOT Number 3078650, and

24   according to the FMCSA systems, was doing business as "People Movers" with a mailing address

25   at 5025 Arnold Avenue, McClellan, CA 95652

26       8.    Plaintiffs are informed and believe and based thereon allege that Defendant,

27   SATELLITE LOGISTICS, INC. ("SAT LOG") is, and at all times relevant to the facts herein

28   was, a corporation doing business as "People Movers" in the State of California as a moving and

-3-

1  storage company operating out of the location at 5025 Arnold Avenue, McClellan Park,

2  California 95652. Plaintiffs are informed and believe and based thereon allege that Defendant

3  SAT LOG was and is a corporation licensed to and doing business within the County of Cook,

4  State of Illinois, and elsewhere, as an interstate mover of household goods under Illinois

5  Corporate Number 71237044, since April 11, 2017.

6       9.    Plaintiffs are informed and believe and based thereon allege that Defendant,

7  NICOLAE GUTU ("GUTU"), is, and at all times relevant to the facts herein was, an individual

8  doing business as "People Movers" in the State of California as a moving and storage company

9  operating out of the location at 5025 Arnold Avenue, McClellan Park, California 95652. Plaintiffs

10  are informed and thereupon believe that all times herein mentioned, Defendant GUTU was and is

11  an owner, designated officer, operator, and alter ego of Defendants PMCA, LDME, and SAT LOG.

12       10.    Plaintiffs are informed and believe and based thereon allege that Defendant,

13  PETREA GHERASIM ("GHERASIM"), is, and at all times relevant to the facts herein was, an

14  individual doing business as "People Movers" in the State of California as a moving and storage

15  company operating out of the location at 5025 Arnold Avenue, McClellan Park, California 95652.

16  Plaintiffs are informed and thereupon believe that all times herein mentioned, Defendant

17  GHERASIM was and is an owner, designated officer, operator, and alter ego of Defendant UEG.

18       11.    Plaintiffs are informed, believe, and thereupon allege that Defendants GUTU,

19  GHERASIM, UEG, PMCA, LDME, and SAT LOG are alter egos of each of the other based upon

20  their undercapitalization, commingling of funds, and disregard for corporate formalities.

21       12.    All Defendants are hereafter collectively referred to as "People Movers," because

22  Plaintiffs are informed, believe, and thereupon allege that each and every Defendant is doing

23  business as "People Movers" and have each presented themselves to Plaintiffs as "People Movers."

24       13.    The true names and capacities, whether individual, corporate, partnership,

25  associate, or otherwise of Defendants DOES 1 through 50, are unknown to Plaintiffs who sue

26  each Defendant by such fictitious names. Plaintiffs are informed and believe and based thereon

27  allege that each of the Defendants designated herein as a fictitiously named Defendant is, and in

28  some manner, was in some manner responsible for events and happenings and obligated to the

-4-

1   Plaintiffs for damages and losses as more particularly alleged herein. When Plaintiffs ascertain

2   the true names and capacities of DOES 1 through 50, they will amend this complaint accordingly.

3        14.    Plaintiffs are informed and believe and based thereon allege that Defendants and

4   each of them, are, and at all times herein were, the agents, joint ventures, officers, members,

5   representatives, servants, consultants or employees of their co-defendants, and in committing the

6   acts herein allege, were acting within the scope of such affiliation with knowledge, permission,

7   consent or subsequent ratification of their co-defendants.

8   **JURISDICTION AND VENUE**

9        15.    This Court has jurisdiction over this action pursuant to 49 United States Code

10   §14706 of the Carmack Amendment of 1906. Federal district courts have original jurisdiction

11   over such actions if the amount in controversy for each bill of lading exceeds $10,000, not

12   including interest and costs. 28 U.S.C. 1337(a). Defendants have, directly or indirectly, made use

13   of the means or instrumentalities of interstate commerce in connection with the transportation and

14   storage of the household furnishing items alleged in this complaint.

15        16.    "The presence or absence of federal-question jurisdiction is governed by the 'well-

16   pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal

17   question is presented on the face of the Plaintiff's properly pleaded complaint." *Caterpillar Inc. v.*

18   *Williams,* 482 U.S. 386, 392, 107 S. Ct. 2425 (1987). Plaintiffs have properly plead a federal

19   question alleging Defendants have violated 49 U.S.C. §14706, the Carmack Amendment.

20        17.    Venue is proper in this district pursuant to 49 United States Code §14706(d)(1),

21   because Defendants reside and / or conduct business in the Eastern District of California and

22   because certain of the transactions, acts, practices and courses of conduct constituting violations

23   of the Carmack Amendment and other causes of action occurred within this district.

24   **STATEMENT OF FACTS**

25        18.    On August 28, 2021, People Movers provided the Woos an estimate for a total of

26   $7,799.10 to move their household goods ("HHG") from California to Arkansas. Attached as

27   ("**Exhibit 4**") is a true and correct copy of Estimate #3469 ("Original Quote"), offered by People

28   Movers employee/agent Angela Johnson, and signed and accepted by Plaintiffs on September 1,

-5-

1  2021. On the phone, Angela Johnson promised that there would be an eight-person crew and that

2  the move date would occur on October 26, 2021; however, the Original Quote provided only a

3  six-person crew from People Movers. During the conversation with Angela Johnson, there was no

4  mention of liability or any mention of options that Plaintiffs had in selecting a valuation coverage.

5       19.    The Original Quote indicates that the initial bid was made over the phone and that

6  the estimate was based on 4,557 lbs. of weight and 1,038 cu.ft., and a "Cu. Ft. Moving Fee" of

7  $7,518.25, reflecting a $7.243 per cu.ft. fee. Within the Original Quote, People Movers stated that

8  the estimated price "is guaranteed not to change unless you require additional services or add

9  other pieces to your inventory."

10       20.    People Movers came to the Woo's home on October 26, 2021, with an inadequate

11  number of people to move the HHG. People Movers arrived with only two people, which was

12  less than the six-person crew indicated on the Original Quote and much less than the eight people

13  verbally promised to the Woos. The Bill of Lading ("BOL"), dated October 26, 2021, incorrectly

14  indicates that there were eight movers present. A true and correct copy of the BoL – "Contract

15  for Service" Invoice #1198-1, dated October 26, 2021 is attached as ("**Exhibit 5**"). This typed

16  number by People Movers affirms the prior oral agreement and the incompetency of People

17  Movers in their scheduling and operations.

18       21.    The Woos were under pressure to get everything moved as they had already sold

19  their house and needed the possessions moved out immediately and unfortunately, People Movers

20  came to their house with 25% of the crew that was originally promised. The new estimate contained

21  a Second Quote of $11,378.73 according to the BoL, representing a nearly 50% increase. Under

22  pressure from People Movers and the circumstances created by their incompetence, on October 26

23  at 11:26 am the Woos signed the BoL, containing the Second Quote.

24       22.    The Second Quote does not specify a new volume amount but begins with a "Cu.

25  Ft. Moving Fee" of $11,049.00, which would reflect approximately 1,525 cu.ft. of volume (using

26  the $7.243 fee in the Original Quote calculations). Also, the Second Quote includes 6,932.40

27  labeled as "ADDITIONAL CUBIC FEET." Since this amount is added to create the sub-total

28  cost of $19,247.40, it is probably a dollar amount and most likely a "Cu. Ft. Moving Fee" like the

-6-

1    others, as opposed to an actual measurement of the volume in cubic feet. Thus, the additional

2    cubic feet assessed to create this fee would be approximately 957 cu.ft. (using $7.243 per cu.ft.).

3         23.    The Second Quote begins with a volume estimate that is 487 cu.ft. over the

4    Original Estimate. It then adds 957 cu.ft. to this already increased amount for a total of 2,482 cu.ft

5    of volume charged for the Second Quote. It is unclear if the correct increased volume from the

6    phone bid to the visual inspection for the Second Quote was: a) only 957 cu.ft. as indicated on the

7    BoL as "ADDITIONAL CUBIC FEET;" b) 1,444 and People Movers spread some of this

8    increase under "CU.FT. MOVING FEE" in unclear accounting practices; or c) some other

9    amount inconsistent with the assumptions made here to calculate the volume from the fees.

10        24.    The Woos reluctantly signed the BoL due to overwhelming pressure to get their

11   items moved to Arkansas with the limited crew so they could begin their new chapter in life.

12        25.    In their short-staffed, negligent haste to move the Woo's property, People Movers

13   caused substantial damage to the Woo's and their neighbor's house. The total cost of repairs

14   caused by the workers is $4,300, according to the repair estimate by Nosal Construction, estimate

15   #875402, a true and correct copy of which is attached hereto as ("**Exhibit 6**"). People Movers

16   also left garbage at the interior and exterior of the home, which cost the Woos $850 to a

17   landscaper and $600 to cleaners for the house to be cleaned. Finally, People Movers' workers

18   damaged the neighbors drain by caving it in as they negligently moved or placed items on the

19   neighbor's yard. This neighbor filed a homeowner's claim but had a $1,000 deductible. This

20   amount was paid for by the Woos as they still desired to maintain a neighborly relationship

21   despite moving away.

22        26.    Subsequently, the HHG were shipped from the Woos' previous home in California

23   to their new home in Arkansas. People Movers had made several promises and assurances that the

24   shipment would arrive only a few days after packing up and leaving California. There was a

25   substantial delay in the delivery of the items to the new residence and the HHG were finally

26   delivered on the last day contractually allowed in the BoL: November 16, 2021. People Movers

27   contracted with Dumbo Moving & Storage, Inc. ("DUMBO") and 4 Fantastic, LLC for the final

28   leg of the shipment and delivery of HHG into the Woo's new home. In an unimaginable scenario,

1  when DUMBO delivered the Woo's HHG, nearly the entire shipment was significantly damaged
2  or missing. DUMBO said it was the worst condition it had ever seen a HHG shipment being in.

3      27.    The extent of the damage to the personal property that was shipped is accurately
4  reflected in the claim package that was later submitted to People Movers, in accordance with the
5  procedures outlined on their website. A true and correct copy of the claim package submitted to
6  People Movers is attached hereto as ("**Exhibit 7**").

7      28.    As a small example of the devastation the Woos witnessed when unloading their
8  property, the damage includes, but is not limited to: 50 boxes that were never delivered, computers
9  destroyed, most of the boxes were soaking wet, most of the furniture was severely chipped or
10  broken, several mattresses were engulfed in black mold, gun safes that were confirmed locked were
11  physically broken into and ammunition was stolen, and there were irreplaceable family heirlooms
12  that were destroyed. The Woos filed a police report with Sacramento County for the broken safes
13  and stolen items. The DUMBO employee delivering the Woo's property was visibly upset by the
14  existence of ammunition on the truck because he stated it is against federal law for a common
15  carrier to transport ammunition across statelessness without a federal firearms license, and People
16  Movers did not communicate this to the Woo's nor to DUMBO and Fantastic 4, LLC, the
17  companies brokered to deliver the property at the final destination in Arkansas.

18      29.    On information and belief, People Movers not only damaged the Woo's personal
19  property, but they also broke into safes and physically stole property from their own customers.
20  Additionally, the gross-negligence of People Movers illegally shipping ammunition across
21  statelessness endangered their own employees, employees of their brokered partners, and the
22  general public merely driving alongside an explosive-laden truck.

23      30.    The BoL indicates a 90-day window from date of delivery to file a claim through
24  People Movers. Plaintiffs filed a claim with People Movers on February 8, 2022. On March 3,
25  2022, Doreen Paular, People Mover's accountant confirmed receipt of the claim package that was
26  sent by Plaintiffs in an email to Plaintiff's attorney. A true and correct copy of that email is
27  attached hereto as ("**Exhibit 8**").

28  / / /

1      31.    On March 7, 2022, Doreen Paular sent another email to Plaintiff's attorney that the

2 claim needed to be sent elsewhere. A true and correct copy of that email is attached hereto as

3 ("**Exhibit 9**"). Plaintiff's attorney responded clarifying that the link that was sent in Paular's

4 email dated March 7, 2022, directs consumers to send claims information by certified mail to

5 People Mover's address at: 5025 Arnold Avenue, McClellan Park, CA 95662. A true and correct

6 copy of that email response is attached hereto as ("**Exhibit 10**").

7      32.    Subsequent attempts at communicating with People Movers failed. On April 19,

8 2022, Plaintiff's sent a "Demand to Accept or Deny Claim" letter to People Movers, absent any

9 communication, a true and correct copy of which is attached hereto as ("**Exhibit 11**"). This

10 demand requested a response by May 2, 2022. As of the filing of this action, there has been no

11 further communications in response to Plaintiff's claim filed through People Movers.

12 <center>**FIRST CAUSE OF ACTION**</center>

13 <center>**VIOLATION OF THE CARMACK AMENDMENT (49 U.S.C. § 14706)**</center>

14 <center>(Against ALL Defendants)</center>

15      33.    Plaintiffs hereby incorporate, by this reference, paragraphs 1 through 32, as though

16 fully set forth herein.

17      34.    Defendants, by and through their actions of losing and damaging Plaintiffs'

18 property during an interstate move from California to Arkansas, have violated the Carmack

19 Amendment. Congress created the Carmack Amendment to create uniformity and to occupy the

20 field of interstate transportation to avoid the confusion of conflicting state law. *Adams Express*

21 *Co. v. Croninger*, 226 U.S. 491, 505 (1913).

22      35.    "The Carmack Amendment subjects a motor carrier transporting cargo in interstate

23 commerce to absolute liability for 'actual loss or injury to property.'" *Hughes Aircraft Co. v.*

24 *North American Van Lines, Inc.*, 970 F.2d 609, 611 (1992) citing *Missouri Pacific R.R. Co. v.*

25 *Elmore & Stahl*, 377 U.S. 134, 137 84 S. Ct. 1142, 1144 (1964).

26      36.    "Before a carrier's attempt to limit its liability will be effective, the carrier must

27 (1) maintain a tariff in compliance with the requirements of the Interstate Commerce

28 Commission; (2) give the shipper a reasonable opportunity to choose between two or more levels

<center>-9-</center>

1  of liability; (3) obtain the shipper's agreement as to his choice of carrier liability limit; and (4)

2  issue a bill of lading prior to moving the shipment that reflects any such agreement." *Hughes*

3  *Aircraft Co.,* 970 F.2d at 611-12 citing *Rogner Gerig Co., Inc. v. Tri-State Motor Transit*, 950

4  F.2d 1079, 1081 (5th Cir. 1992). "The carrier has the burden of proving that it has complied with

5  these requirements." *Hughes Aircraft Co.*, 970 F.2d at 612 citing *Carmana Designs, Ltd., v. North*

6  *American Van Lines, Inc.*, 943 F.2d 316, 319 (3rd Cir.1991).

7      37.    Carriers must offer at least two different liability options, referred to as valuation

8  coverage: (1) Full Value Protection and (2) Released Value. In *Stage Nine Design*, this Court

9  held that this requirement was satisfied when the shipper had the opportunity to initial "the 'I do'

10  space," when agreeing to one of the available options for liability levels. *Stage Nine Design, LLC*

11  *v. Rock-It Cargo USA, LLC*, 2021 WL 3847724 (E.D. Cal. Aug. 26, 2021). Plaintiffs here were

12  provided no such option on the BoL. There was not any choice presented on the BoL that would

13  provide a reasonable opportunity for the Woos to decide their liability options. Defendants never

14  discussed liability options with the Plaintiffs and never provided any literature or documentation

15  that would explain that they even had liability options.

16      38.    Plaintiffs now sue Defendants for breach of the Carmack Amendment as alleged.

17  Defendants did not give Plaintiffs a reasonable opportunity to choose between two or more levels

18  of liability. "A reasonable opportunity to choose between different levels of coverage means that

19  the shipper had both reasonable notice of the liability limitation and the opportunity to obtain

20  information necessary to making a deliberate and well-informed decision." *Hughes Aircraft Co.*,

21  970 F.2d at 612 citing *Carmana Designs*, 943 F.2d at 230.

22      39.    Plaintiffs have been required to engage legal counsel to prosecute this action to

23  attempt to remedy the significant loss and damage to their property. Based thereon, and to the

24  extent provided for by the terms of the Plaintiffs' agreement, California Civil Code, the Carmack

25  Amendment Act or other applicable law, Plaintiffs seek an award of damages in an amount to be

26  proven at trial, but not less than $46,000, in addition to reasonable attorney's fees and costs.

27  / / /

28  / / /

**SECOND CAUSE OF ACTION**

**UNLAWFUL CARRIER ACTIVITY**

**(Violation of 49 U.S.C. §§ 13902, 14707, 14901 and 14912)**

(Against ALL Defendants)

40.    Plaintiffs hereby incorporate, by this reference, paragraphs 1 through 39, as though fully set forth herein.

41.    Defendant UEG was engaged in transportation of household goods and held themselves out to be a "carrier" as defined by 49 U.S.C. § 13102(3).

42.    49 U.S.C. § 14901(d)(3) holds that "[i]f a person provides transportation of household goods subject to jurisdiction under subchapter I of chapter 135 or provides broker services for such transportation without being registered under chapter 139 to provide such transportation or services as a motor carrier or broker, as the case may be, such person is liable to the United States for a civil penalty of not less than $25,000 for each violation."

43.    On information and belief, between October 26, 2021 and November 16, 2021, Defendant UEG was not authorized to ship household goods according to the FMCSA.

44.    Defendant UEG held itself out to be a registered household goods carrier under the definition of household goods carrier as defined in 49 CFR § 375.103. Defendant UEG transported Plaintiffs' household goods without authority.

45.    On information and belief, all Defendants have failed to disclose "any relationship involving common ownership, common management, common control, or common familial relationship between that person and any other motor carrier, freight forwarder, or broker, or any other applicant for motor carrier, freight forwarder, or broker registration, if the relationship occurred in the 3-year period preceding the date of the filing of the application for registration" in violation of 49 U.S.C. § 13902.

46.    On information and belief, all Defendants participated in "weight-bumping," defined in 49 U.S.C. § 14912 as "the knowing and willful making or securing of a fraudulent weight on a shipment of household goods…" when Defendants increased the weight on Plaintiffs' goods in an effort to raise the price on October 26, 2021 between the several estimates.

-11-

47.     Defendants unlawful carrier activities under 49 U.S.C. 13902 subject them to
liability and to attorney's fees of the prevailing party "[i]f a person provides transportation by
motor vehicle or service in clear violation of section 13901–13904 or 13906, a person injured by
the transportation or service may bring a civil action to enforce any such section." 49 U.S.C. §
14707(a). "In a civil action under subsection (a), the court may determine the amount of and
award a reasonable attorney's fee to the prevailing party. That fee is in addition to costs allowable
under the Federal Rules of Civil Procedure" 49 U.S.C. § 14707(c). Due to these violations,
Plaintiffs have been damaged in an amount to be proven at trial, but not less than $46,000, in
addition to reasonable attorney's fees and costs.

### THIRD CAUSE OF ACTION

### FAILURE TO COMPLY WITH FEDERAL CONSUMER PROTECTION MANDATES
### (Violation of 49 U.S.C. § 14104 and 49 C.F.R. § 375.213)

(Against ALL Defendants)

48.     Plaintiffs hereby incorporate, by this reference, paragraphs 1 through 47, as though
fully set forth herein.

49.     49 U.S.C. § 14104(b)(2) requires that "[a]t the time that a motor carrier provides the
written estimate required by paragraph (1) the motor carrier shall provide the shipper a copy of the
Department of Transportation publication FMCSA–ESA–03–005 (or its successor publication)
entitled "Ready to Move?". Before the execution of a contract for service, the motor carrier shall
provide the shipper a copy of the Department of Transportation publication OCE 100, entitled
"Your Rights and Responsibilities When You Move" required by [49 C.F.R. § 375.213]."

50.     49 C.F.R. § 375.213 and 49 U.S.C. § 14104 both require carriers to likewise
provide shippers and potential shippers copies of "Ready to Move? - Tips for a Successful
Interstate Move" and "Your Rights and Responsibilities When You Move" when renegotiating or
estimating new charges pertaining to an interstate move.

51.     Defendants did not, within any time period mentioned herein, provide Plaintiffs with
this required information. Nor did any Defendant secure signed waiver in lieu of these provisions.

///

-12-

1    52.    Defendants' failure to provide consumer protection information as required was a

2  direct and proximate cause of Plaintiffs' current injury, as the information contained within those

3  pamphlets would have specifically counseled against the use of Defendants as a carrier. Plaintiffs

4  seek an award of damages in an amount to be proven at trial, but not less than $46,000, in

5  addition to reasonable attorney's fees and costs.

6                          **FOURTH CAUSE OF ACTION**

7                          **UNFAIR BUSINESS PRACTICES**

8         **(Violation of Cal. Bus. and Prof. Code §§ 17200 *et seq,* 19235 and 19237,**

9              **Cal. Corp. Code § 191 and Cal. Rev. & Tax. Code § 23101)**

10                          (Against ALL Defendants)

11    53.    Plaintiffs hereby incorporate, by this reference, paragraphs 1 through 52, as though

12  fully set forth herein.

13    54.    Pursuant to §§ 17200 *et seq*. of the Cal. Bus. and Prof. Code ("B&P"), unfair

14  business practices include any unlawful, unfair or fraudulent business practice. The unlawful and

15  unfair conduct of Defendants as alleged herein is thus within the provisions of B&P §§ 17200 *et*

16  *seq*., and, accordingly, constitutes a violation of B&P §§ 17200 *et seq.*

17    55.    In addition to the criminal, fraudulent, and deceitful acts detailed herein above,

18  Defendants have operated their moving vehicles upon California highways not in accordance with

19  B&P §§ 19235 and 19237. All of the Defendants engaged in the business of transporting used

20  household goods from within the State of California and none of them were or have been

21  permitted to do so by the Public Utilities Commission, pursuant to § 19237(a) and the former

22  Chapter 7 (commencing with § 5101) of Division 2 of the Public Utilities Code.

23    56.    Furthermore, B&P § 19237(b) states that "a person who utilizes the services of a

24  household mover operating in violation of subdivision (a) may bring an action in any court of

25  competent jurisdiction in this state to recover all compensation paid to that household mover."

26    57.    In addition to Defendants unlawful and reckless behavior, according to § 19237(c):

27  "operation of a motor vehicle used in the business of transporting household goods and personal

28  effects by a household mover that does not possess a valid permit or operating authority, as

-13-

1  required by subdivision (a), constitutes a public nuisance." Not only did Defendants place the

2  general public in danger when illegally shipping ammunition on roadways, they are considered in

3  California to be a public nuisance by transporting household goods and personal effects without a

4  calid permit or operating authority.

5       58.    Defendants are in violation of § 19237, subparts (a), (b), and (c) because they do

6  not meet the requirements of either § 19237(a)(1) (registration and permit with the California

7  Public Utilities Commission) nor B&P § 19237(a)(2) (valid operating authority under FMCSA),

8  both of which are required. This is clearly in violation of §§ 19225 *et seq.* (Household Movers

9  Act) and could only be characterized as an unfair and fraudulent practice meant to avoid

10  California's strict permit, insurance, and worker's compensation requirements.

11       59.    Defendants LDME, SAT LOG, and GUTU have further violated California laws

12  by failing to register the Illinois corporations within the State of California while substantially

13  operating its business within the State: in direct violation of Cal. Corp. Code § 191 and Cal. Rev.

14  & Tax. Code § 23101(a). In fact, Defendants LDME and SAT LOG (along with GUTU as the

15  sole owner/ director of each) have People Movers California address in Sacramento County listed

16  as the mailing address with the Secretary of State of Illinois. This action was intended by

17  Defendants to avoid investigation, communication, and service of process upon the inevitable

18  discovery of their unlawful acts, thereby demonstrating forethought and malice.

19       60.    Violation of State consumer protection legislation may be maintained as a cause of

20  action, despite application of the Carmack Amendment, where a carrier's conduct is not in

21  furtherance of the contract for transport, but served some other extra-contractual purpose, as is the

22  case here. Relying on the language of the Carmack Amendment and persuasive precedent from

23  the First, Fifth, and Seventh Circuits, the Southern District of California has found that, "the

24  Carmack Amendment does not purport to regulate all transactions merely because a carrier and a

25  shipper are involved." *Meadowgate Techs., LLC v. Fiasco Enters., Inc.*, CASE NO. 17cv230-

26  LAB (KSC), 3 (S.D. Cal. Mar. 19, 2018). See also, *Morris v. Covan World Wide Moving, Inc.*,

27  144 F.3d 377, 382 (5th Cir. 1998) (explaining that the Carmack Amendment does not preempt

28  claims where the shipper "alleges injuries separate and apart from those resulting directly from

-14-

1   the loss of shipped property."); *Gordon v. United Van Lines, Inc.*, 130 F.3d 282, 289 (7th Cir.

2   1997) ("[N]ot every claim even remotely associated with the transfer of goods from one place to

3   another is necessarily a claim for damages to the shippers' goods . . . .").

4        61.   As a direct and proximate result of the acts of the Defendants, as aforesaid,

5   Plaintiffs sustained monetary damages in the loss of payments to the Defendants, withdrawn from

6   their deposit account, to a service they did not rightfully owe according to B&P § 19237(b), in at

7   least a sum in excess of the jurisdictional amount of this Court, plus attorney's fees and costs, and

8   additional amounts according to proof at time of trial, including interest, attorneys' fees and

9   costs. Accordingly, Plaintiffs are entitled to restitution in a sum to be proven at trial, plus interest,

10   attorneys' fees and costs.

11                  **PRAYER FOR RELIEF**

12        **WHEREFORE,** Plaintiffs, and each of them, pray that judgement be entered in their

13   favor, and against each Defendant, jointly and severally as follows:

14        **ON THE FIRST CAUSE OF ACTION FOR VIOLATION OF THE CARMACK**

15   **AMENDMENT:**

16   1.     For general damages in sums to be proven at time of trial;

17   2.     For special damages in sums to be proven at time of trial; and

18   3.     For attorney's fees and costs in sums to be proven at time of trial, as provided for by 49

19   U.S.C. § 14708(d).

20        **ON THE SECOND CAUSE OF ACTION FOR UNLAWFUL CARRIER**

21   **ACTIVITY:**

22   1.     For general damages in sums to be proven at time of trial;

23   2.     For special damages in sums to be proven at time of trial; and

24   3.     For attorney's fees and costs in sums to be proven at time of trial, as provided for by 49

25   U.S.C. §§ 14707(c) and 14708(d).

26   ///

27   ///

28   ///

-15-

**ON THE THIRD CAUSE OF ACTION FOR FAILURE TO COMPLY WITH**

**FEDERAL CONSUMER PROTECTION MANDATES:**

1. For general damages in sums to be proven at time of trial;

2. For special damages in sums to be proven at time of trial; and

3. For attorney's fees and costs in sums to be proven at time of trial, as provided for by 49 U.S.C. § 14708(d).

**ON THE FOURTH CAUSE OF ACTION FOR UNFAIR BUSINESS PRACTICES:**

1. For general damages in sums to be proven at time of trial;

2. For special damages in sums to be proven at time of trial; and

3. For attorney's fees and costs in sums to be proven at time of trial, as provided for by 49 U.S.C. § 14708(d), and applicable state statute.

**ON ALL CAUSES OF ACTION:**

1. For prejudgment interest at the maximum legal rate;

2. For costs of suit incurred in this action;

3. Reasonable attorney's fees as authorized by applicable statutes described herein above; and

4. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

**BPE LAW GROUP, P.C.**

Dated: 7/7/22

LAURA E. FERRET, ESQ.
*Attorney for Plaintiffs*
STEPHEN and AMBER WOO

-16-

*WOO et al. v. UNITED EXPRESS GROUP, INC. et al.* – **COMPLAINT FOR DAMAGES**   CLIENT FILE: 4210.000

# EXHIBIT 1



**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

## Corporation - Statement of Information

|  |  |
|---|---|
| Entity Name: | UNITED EXPRESS GROUP |

|  |  |
|---|---|
| Entity (File) Number: | C4292927 |
| File Date: | 10/06/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GX25307 |

**Detailed Filing Information**

1. Entity Name:

   UNITED EXPRESS GROUP

2. Business Addresses:

   a. Street Address of Principal Office in California:

   5025 ARNOLD AVE STE 180
   MCCLELLAN, California 95352
   United States of America

   b. Mailing Address:

   5025 ARNOLD AVE STE 180
   MCCLELLAN, California 95352
   United States of America

   c. Street Address of Principal Executive Office:

   5025 ARNOLD AVE STE 180
   MCCLELLAN, California 95352
   United States of America

3. Officers:

   a. Chief Executive Officer:

   PETREA  GHERASIM
   5025 ARNOLD AVE STE 180
   MCCLELLAN, California 95352
   United States of America

   b. Secretary:

   PETREA  GHERASIM
   5025 ARNOLD AVE STE 180
   MCCLELLAN, California 95352
   United States of America

Document ID: GX25307

**California Secretary of State**
Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

                                      PETREA  GHERASIM
                                      5025 ARNOLD AVE STE 180
                                      MCCLELLAN, California 95352
                                      United States of America

4.  Director:

                                      PETREA  GHERASIM
                                      5025 ARNOLD AVE STE 180
                                      MCCLELLAN, California 95352

    Number of Vacancies on the Board of        United States of America
    Directors:                                  0

5.  Agent for Service of Process:

                                      PETREA  GHERASIM
                                      5025 Arnold Ave Suite 180
                                      McClellan Park, California 95652
                                      United States of America

6.  Type of Business:                        TRUCKING

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   PETREA GHERASIM

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GX25307

# EXHIBIT 2

11/18/21, 4:35 PM                                         SAFER Web - Company Snapshot UNITED EXPRESS GROUP

◉ USDOT Number  ○ MC/MX Number  ○ Name

Enter Value: 3737346

[ Search ]

**Company Snapshot**
**UNITED EXPRESS GROUP**
**USDOT Number: 3737346**

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 11/17/2021. Carrier VMT Outdated.**

**Other Information for this Carrier**

▼ SMS Results

▼ Licensing & Insurance

| | | | |
|---|---|---|---|
| **Entity Type:** | CARRIER | | |
| **Operating Status:** | NOT AUTHORIZED | **Out of Service Date:** | None |
| **Legal Name:** | UNITED EXPRESS GROUP | | |
| **DBA Name:** | PEOPLE MOVERS | | |
| **Physical Address:** | 5025 ARNOLD AVE STE 180 MCCLELLAN, CA  95652 | | |
| **Phone:** | (424) 781-2629 | | |
| **Mailing Address:** | 5025 ARNOLD AVE STE 180 MCCLELLAN, CA  95652-1035 | | |
| **USDOT Number:** | 3737346 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | | **DUNS Number:** | – |
| **Power Units:** | 1 | **Drivers:** | 1 |
| **MCS-150 Form Date:** | 10/05/2021 | **MCS-150 Mileage (Year):** | |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| x Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 11/17/2021**

Total Inspections: 0
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

| | Inspections: | | | |
|---|---|---|---|---|
| Inspection Type | Vehicle | Driver | Hazmat | IEP |
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 10/29/2021* | 20.94% | 5.63% | 4.44% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**Crashes reported to FMCSA by states for 24 months prior to: 11/17/2021**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | Crashes: | | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Canadian Inspection results for 24 months prior to: 11/17/2021**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

| | Inspections: | |
|---|---|---|
| Inspection Type | Vehicle | Driver |
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 11/17/2021**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| | Crashes: | | | |
|---|---|---|---|---|
| Type | Fatal | Injury | Tow | Total |
| Crashes | 0 | 0 | 0 | 0 |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of: 11/17/2021**

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp
2/3

Motor Carrier Details



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Licensing and Insurance Public**

Menu   FMCSA Register ▾   Go

## Motor Carrier Details

| US DOT: | 3737346 | | Docket Number: | MC01321644 | | |
|---|---|---|---|---|---|---|
| Legal Name: | UNITED EXPRESS GROUP | | | | | |

| Doing-Business-As Name: | PEOPLE MOVERS | | | | | |
|---|---|---|---|---|---|---|

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 5025 ARNOLD AVE STE 180 MCCLELLAN CA 95652 | 4247812629 | 5025 ARNOLD AVE STE 180 MCCLELLAN CA 95652-1035 | | NO |

| Authority Type | | Authority Status | Application Pending | |
|---|---|---|---|---|
| Common | | NONE | YES | |
| Contract | | NONE | NO | |
| Broker | | NONE | NO | |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| NO | NO | YES | NO | NO |

| Insurance Type | | Insurance Required | Insurance on File | |
|---|---|---|---|---|
| BIPD | | $750,000 | $0 | |
| Cargo | | YES | NO | |
| Bond | | NO | NO | |

**BOC-3:** YES

**Blanket Company:** #1 A BOC-3 FILING INC

Web Site Content and BOC-3 Information Clarification

---

Active/Pending Insurance     Rejected Insurance     Insurance History     Authority History     Pending Application     Revocation

November 18, 2021

FMCSA Home | DOT Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins | Related Sites |

Help

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 – 1-800-832-5660 – TTY: 1-800-877-8339 - Field Office Contacts

# EXHIBIT 3

## Sacramento County Citizen Access Fictitious Business Name Search

| Fictitious Business Name File Number: | FBNF2021-00409 | Expiration Date: | 1/14/2026 |
|---|---|---|---|
| Filing Date: | 1/14/2021 | Status: | Filed |
| Ownership Type: | Corporation | | |

Business Name(s) on this filing
FBN Statement
PEOPLE MOVERS

Abandoned Date

Owner Name(s) on this filing
UNITED EXPRESS GROUP, INC.

Withdrawn Date

Search Again

# EXHIBIT 4

Estimate: 3469
MC-65379
US DOT 3078650
Invoice: 1121-0
Service Date: 10-26-2021



**PEOPLE MOVERS**
5025 ARNOLD AVE
MCCLELLAN PARK, CALIFORNIA 95652
TEL: (650) 257-2327
https://peoplemoversus.com/

## Stephen Woo

Stephen: (916) 799-0886 m aswoo0407@yahoo.com;

### LOGISTICS - RESIDENTIAL MOVE

| ORIGIN | 5652 WALNUT AVENUE<br>ORANGEVALE, CALIFORNIA 95662<br>TYPE: HOUSE [Less than 50 Feet]<br>FLOOR: 1 | STOPS | NO EXTRA STOPS. | DESTIN | 2834 STATE HIGHWAY 292<br>LAMAR, ARKANSAS 72846<br>TYPE: HOUSE [Less than 50 Feet]<br>FLOOR: 1 | |
|---|---|---|---|---|---|---|

| Quote Date: 08-28-2021 | Service Date: 10-26-2021 | Bid: Phone | Estimate: #3469 | Booking: N/A | Arrival Time: 08:00 AM - 01:00 PM |
|---|---|---|---|---|---|
| Referred By: Landing Page Moving Calculator Google | | Estimated By: Angela Johnson | 08-28-21 | | Booked By: N/A | |

### ESTIMATE FOR SERVICES

| 0<br>SqFt | 4557<br>Weight lbs | 1038<br>CuFt | Move Size | 1884<br>Miles |
|---|---|---|---|---|

| | | |
|---|---|---|
| (1) Nightstand | (2) Dresser triple | (1) Mirror Attached |
| (1) Bed, Bunk | (2) Full Mattress | (1) TV 75-90 Inch |
| (5) TV 36-42'" Flat Screen | (1) Workbench | (1) Tool Chest Large 2pc |
| (1) Bench | (1) Dining Table | (8) Chair, Dining |
| (75) Box Large | (3) Picture | (1) King Bed +Mattress |

### PRICING

| TRUCKS: | 1 |
|---|---|
| CREW SIZE: | 6 |
| CU.FT. MOVING FEE | $ 7518.25 |
| PACKING MATERIALS: | $ 445.00 |
| FUEL SURCHARGE : | $ 709.01 |
| ERD DISCOUNT : | $ 500.00 |
| SENIOR CITIZEN DISCOUNT : | -5% |

| GUARANTEED PRICE | $ 7799.10 |
|---|---|

### ESTIMATE FOR MATERIALS

| PRODUCT | QTY | | EACH | | TOTAL |
|---|---|---|---|---|---|
| Mattress Cover Heavy Duty | 3 | @ | $25.00 | = | $75.00 |
| Picture Box 4pc Adjustable | 3 | @ | $30.00 | = | $90.00 |
| TV Box 30" to 55" | 5 | @ | $45.00 | = | $225.00 |
| TV Box 60" to 85" | 1 | @ | $55.00 | = | $55.00 |
| ESTIMATED MATERIALS TOTAL | | | | | $445.00 |

Thank you for choosing " People Movers", this estimate is based on the list of items and services you requested at the time it was prepared. Your estimated price is guaranteed not to change unless you require additional services or add other pieces to your inventory. Please carefully review the estimate for accuracy. If you decide to make any changes to the list of services ordered or pieces to be moved, you must notify our office no later than 48 hours prior to your move date.

Sep 01, 2021 at 06:48PM

### Estimate Notes :

| At | Rep | Notes |
|---|---|---|

| 08/27 | SY | DELIVERY SCHEDULE: All Long-distance deliveries are made on a flexible basis with an estimated arrival window (optional Premium Guaranteed Service available for purchase $1500). All delivery windows are estimated from the first date available for delivery (F.A.D) 0 - 500 Miles: Estimated delivery 1 - 5 Business days. 501 - 1000 Miles: Estimated delivery 2 - 7 Business days. 1001 - 1500 Miles: Estimated delivery 3 - 10 Business days. 1501 - 3300 Miles: Estimated delivery 5 - 21 Business days. |
|-------|----|-----------------------------------------------------------------------------------------------------------|
| 09/01 | SY | Estimated price **$7,799.10** includes $500 ERD. The discount is void if signed later than 9/1/2021 |
| | | 20% of the deposit $1,559.82 is required to make the reservation |
| | | We accept Visa/Mastercard (no American Express or Discover) for deposit |
| | | 60% $4,679.46 is due on the pickup day |
| | | Payment options: Certified cashier's check, Post office money order, Cash, or Zelle |
| | | 20% $1,559.82 final payment due on the day of delivery before we unload |
| | | Payment options: Certified cashier's check, Post office money order, Cash, or Zelle |
| | | If storage is needed the first month is free, arrangements will need to be made at the time of preparing an estimate. |
| | | The deposit is fully refundable as long as the reservation is cancelled 48 hours prior to the moving date. Otherwise, it will be forfeited. |
| 09/02 | AR | Payment of $1559.82 via CC 8983 |

## Estimate :

People Movers
5025 Arnold Ave, McClellan Park, California 95652

# EXHIBIT 5

**CONTRACT FOR SERVICE - BOL**
MC-65379
US DOT 3078650
Invoice: 1198-1
Service Date: 10-26-2021
https://peoplemoversus.com/



**PEOPLE MOVERS**
5025 ARNOLD AVE
MCCLELLAN PARK, CALIFORNIA 95652
TEL: (650) 257-2327

## Stephen Woo

**Stephen:** (916) 799-0886 m   aswoo0407@yahoo.com

---

### LOGISTICS - RESIDENTIAL MOVE

| ORIGIN | 5652 WALNUT AVENUE<br>ORANGEVALE, CALIFORNIA 95662<br>TYPE: HOUSE [Less than 50 Feet]<br>FLOOR: , 1 STAIRS | STOPS | NO EXTRA STOPS. | DESTIN | 2834 STATE HIGHWAY 292<br>LAMAR, ARKANSAS 72846<br>TYPE: HOUSE [Less than 50 Feet]<br>FLOOR: , 1 STAIRS |
|---|---|---|---|---|---|

1.FORM OF PAYMENT: Upon booking/ move reservation, a 20% deposit is required to be paid in form of VISA or MASTER CARD. Prior to pickup 60% of the balance is due in the form of certified check, money order, wire transfer (quick pay/zelle) or cash. Personal checks are accepted at carrier's discretion and only if there is at least 10 business days before delivery. The remaining balance must be paid in full upon delivery by cash, post office money order. Carrier reserves the right to collect up to 75% of the balance due prior the goods leaving the origin state. Subject to federal law, 110% law, if applicable. All charges are based on full tariff rates.

VALUATION OF COVERAGE: Carrier provides two valuation options: Limited liability and full replacement value(FVP). We suggest you purchase third party insurance to protect your property.
Customer expressly releases the shipment to a declared value of "$0.60 per pound per article", and shall continue during and all services rendered. Moving company is not liable for damage to items packed by others or for items which require "packing for safe handling"., mirrors, marble, pictures, glass tops, lamps, or lamp shades, box springs, and mattresses. I shipper/agent have full authority to enter into this agreement and wish to release the entire shipment to a maximum VALUE of " 60 cents per pound per article". I also agree to all Terms and Conditions on the back of this contract.

DELIVERY ACKNOWLEDGEMENT

Delivery dates are not guaranteed unless the optional Premium Guaranteed Service (P.G.S) is purchased. Standard Service (S.S) is up to a maximum of thirty business weekdays. The first date indicated as available for delivery is first day of the delivery window and not the promised delivery date ( go to back page section 7).
Optional Services (O.P.) are available to the shipper. O.P. and charges will ONLY affect your total delivery balance if the service is requested and necessary to be performed ( stairs, long carries, shuttles, extra drop-offs, waiting, redelivery, elevators) in order to complete final delivery to your destination. See reverse side for important information including arbitration information. Notice of maximum amount due upon delivery. Under the section 49 USC 13707(b)(3)(C) payment required prior to that service to be performed. Delivery payment in full of all charges is due before unloading. If destination address does not have access for a big truck ( 18 wheeler) the shipper is required to order a shuttle service. Full re-handling and re-delivery fees are applied when carrier must make a second attempt to deliver the property (household goods). All charges including additional and optional service are based on carrier's full tariff rates. Carrier's tariff is available for inspection upon reasonable request by calling carrier.

DISCLOSURES

Packing material and labor are not included and will be charged per items ordered and listed on the packing materials list. Your estimated price is guaranteed not to change unless you require additional services or add other pieces to your inventory. Final charges are based on actual move size ( cu.ft. of property) and services ordered. In accordance with 49CRF 375.505(a) the total estimated charges ( see addendum) for services is not a guarantee. The final total actual charges may increase or decrease based upon size and quantity of items shipped, services performed. Customer has full authority to order services and full tariff rates and enter into this agreement. I have received the booklet: "Your Rights and Responsibilities When you Move" and pamphlet "Ready to Move".
Carrier shall not be liable for the damages unless claim is made in writing, supported by proof of ownership, together with substations of value, and weigh. Claims must be filed within 90 days of delivery.

0.60 per pound per article

10752

| PACKING DATE(s) | MOVING DATE(s) | AGREED PICK-UP PERIOD | AGREED DELIVERY PERIOD | REFERRAL SOURCE |
|---|---|---|---|---|

| PACKING DATE(s) | MOVING DATE(s) | AGREED PICK-UP PERIOD | | AGREED DELIVERY PERIOD | | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| | | EARLIEST - LATEST | PREFERRED | EARLIEST - LATEST | PREFERRED | |
| 10-26-20: | 10-26-2021 | 09:00 am - 11:00 am | | | | Landing Page Moving Calculator Google |

### PACKING SERVICE & MATERIALS / CONTAINERS

| Items | Quanlity | Rate | Amount |
|---|---|---|---|
| Mattress Cover Heavy Duty | 7 | 25.0 | 175.0 |
| Picture Box 4pc Adjustable | 8 | 30.0 | 240.0 |
| TV Box 30" to 55" | 5 | 45.0 | 225.0 |
| TV Box 60" to 85" | 1 | 55.0 | 55.0 |
| Wardrobe Box 24"W /with 1-2 hanging bar(s) | 12 | 30.0 | 360.0 |
| Box Large Heavy Duiy(Labor only) | 10 | 11.0 | 110.0 |
| Box Dish Pack/Heavy Duty | 3 | 27.0 | 81.0 |
| Bubble Wrap 48" S.B Per Ft. | 10 | 2.0 | 20.0 |
| Add Packing Materials | Total Packing & material charges | | $ 1266.0 |

### TIME RECORD

Start Time 09:5( Cust. Initial          Stop Time 05:0( Cust. Initial
Oct 26, 2021 at 11:24AM                                Oct 26, 2021 at 11:24AM

| MOVERS | TRUCKS | RATE | HOURS |
|---|---|---|---|
| 8 | 1 | 0.00 | 07:04 |

| TOTAL CHARGED TIME | DISCOUNT TIME |
|---|---|
| 07:04 | 00:00 |

| | |
|---|---|
| CU.FT. MOVING FEE | 11049.00 |
| PACKING MATERIALS | 1266.0 |
| ADDITIONAL CUBIC FEET | 6932.4 |
| **SUBTOTAL** | 19247.40 |
| FUEL SURCHARGE | 1924.74 |
| ERD DISCOUNT | 500 |
| SENIOR CITIZEN DISCOUNT | -5% |
| SAFE/ UP TO 300LBS. | 900.00 |
| MANAGERS SPECIAL DISCOUNT | 1000.00 |
| **GRAND TOTAL** | 19538.53 |
| PAYMENTS | 14250.95 |
| BALANCE DUE | 5287.58 |

## Notes and Comments

1) GRATUITIES ARE APPRECIATED BUT NOT REQUIRED!
2) Estimated price $7,799.10 includes $500 ERD. The
discount is void if signed later than 9/1/2021 20% of the
deposit $1,559.82 is required to make the reservation We
accept Visa/Mastercard (no American Express or Discover)
for deposit 60% $4,679.46 is due on the pickup day
Payment options: Certified cashier's check, Post office
money order, Cash, or Zelle 20% $1,559.82 final payment
due on the day of delivery before we unload Payment
options: Certified cashier's check, Post office money
order, Cash, or Zelle If storage is needed the first month is
free, arrangements will need to be made at the time of
preparing an estimate. The deposit is fully refundable as
long as the reservation is cancelled 48 hours prior to the
moving date. Otherwise, it will be forfeited.
3) Payment of $935.90 via CC 8767
4) Estimated price $11,378.73 includes $500 ERD. The
discount is void if signed later than 9/1/2021 20% of the
deposit $2,495.75 is required to make the reservation
$1559.82 has been paid so $935.90 is due today 10/22/21
We accept Visa/Mastercard (no American Express or
Discover) for deposit 60% $7,487.23 is due on the pickup
day Payment options: Certified cashier's check, Post office
money order, Cash, or Zelle 20% $1,395.75 final payment
due on the day of delivery before we unload Payment
options: Certified cashier's check, Post office money
order, Cash, or Zelle If storage is needed the first month is
free, arrangements will need to be made at the time of
preparing an estimate. The deposit is fully refundable as
long as the reservation is cancelled 48 hours prior to the
moving date. Otherwise, it will be forfeited.
5) Payment of $ 3500.00 via Zelle
6) Payment of $ 2500.00 via Cash
7) Payment of $ 1487.23 via Venmo
8) Payment of $ 1559.82 via Manual Card
9) Revised estimate was approved by the customer in full
prior to loading. In order to move forward balance of
$4268.80 needs to be collected to cover 60% of pick up
payment. After receiving pick up payment in full the
delivery balance due will be $5343.00
10) Payment of $ 3500.00 via Zelle
11) Payment of $ 768.00 via Venmo
Enter notes here...

enter signature here

Oct 26, 2021 at 11:26AM
Shipper's Signature

enter signature here

Oct 26, 2021 at 11:26AM
Carrier's Signature

# EXHIBIT 6

BILL TO
**Amber and Stephen Woo**
Amber and Stephen Woo
5652 Walnut Ave
Orangevale, CA 95662

**Nosal Construction / Gold Rush AMG CSLB**
**#875402**
3175 Fitzgerald Rd
Rancho Cordova, Ca 95742
Michael Nosal 916-718-6010

**Invoice #**: Woo-1030                                      **$4,300.00**
October 30, 2021

| Items | Price | Qty | Total |
|---|---|---|---|
| Load and haul to storage additional items in the garage left by the moving company. 2 full loads | $800.00 | 1.00 | $800.00 |
| Drywall/door trim repair including painting. sanding and painting damaged stair hand rails | $3,500.00 | 1.00 | $3,500.00 |

|  | | |
|---|---|---|
| **Total:** | | **$4,300.00** |
| Paid: | | $0.00 |
| **Amount Due (USD):** | | **$4,300.00** |

# EXHIBIT 7

# BPE | LAW GROUP
A PROFESSIONAL CORPORATION

LAURA E. FERRET, ESQ.
Email: LEFERRET@BPELAW.COM
2339 GOLD MEADOW WAY, SUITE 101, GOLD RIVER CA 95670
PHONE: (916) 966-2260 / FAX: (916) 346-4880
WEBSITE: WWW.BPELAW.COM

February 8, 2022

Sent via Certified Mail to:

People Movers
5025 Arnold Ave. Ste. 170
McClellan Park, CA 95652

People Movers,

In accordance with the processes outlined on your website and in 49 U.S.C. § 14708, please find the attached claim for lost and damaged goods resulting from the recent move you completed on behalf of our clients, Stephen and Amber Woo.

Please direct any correspondence concerning this claim to our office.

Respectfully,

BPE LAW GROUP, P.C.

LAURA E. FERRET, ESQ.
SIERRA N. GRANDBOIS, ESQ.

Attachments:

1. Notice of Representation.
2. Contact Information.
3. Moving Information.
4. Bill of Lading.
5. Original Estimate.
6. Inventory.
7. List of Damaged/Lost Items.
8. Evidence of Damage.

Matter No.: 4210.000



LAURA E. FERRET, ESQ.
SIERRA N. GRANDBOIS, ESQ.
Email: LEFERRET@BPELAW.COM
Email: SGRANDBOIS@BPELAW.COM
ATTORNEYS AT LAW
2339 GOLD MEADOW WAY, SUITE 101, GOLD RIVER CA 95670
PHONE: 916 966-2260 / FAX: 916 346-4880
WEBSITE: WWW.BPELAW.COM

February 8, 2022

Sent via Certified Mail to:

People Movers
5025 Arnold Ave., Ste. 170
McClellan Park, CA 95652

   RE:  **NOTICE OF REPRESENTATION**
       *Stephen and Amber Woo*

To Whom it May Concern,

Please be advised that this office represents our client Stephen and Amber Woo in connection with the attached claim.

Laura E. Ferret, (CA SBN: 324773) will be the attorney of record for this matter with Sierra N. Grandbois assisting as well. (CA SBN: 333182).

Please direct all future correspondence to this office.

       Respectfully,

       BPE LAW GROUP, P.C.

       LAURA E. FERRET, ESQ.
       SIERRA N. GRANDBOIS, ESQ.

Contact Information:

**Name:**
Stephen and Amber Woo

**Email Address:**
leferret@bpelaw.com

**Phone Number:**
(916) 966-2260

**Mailing Address:**
2339 Gold Meadow Way, Suite 101
Gold River, CA 95670
United States

Moving Information:

**Carrier Name:**
People Movers

**State:**
California

**Contact Person:**
Vladimir Matic

**Order Number:**
1121-0 / 1198-1

**Pickup Date:**
October 26, 2021

**Delivery Date:**
November 16, 2021

**From Address:**
5652 Walnut Ave
Orangevale, CA 95662

**To Address:**
2834 State Highway 292
Lamar, AR 72846

**Carrier Warehouse:**
Items were in Carrier Warehouse for at least 15 days prior to delivery date.

**CONTRACT FOR SERVICE - BOL**
MC-65379
US DOT 3078650
Invoice: 1198-1
Service Date: 10-26-2021
https://peoplemoversus.com/

**PEOPLE MOVERS**
5025 ARNOLD AVE
MCCLELLAN PARK, CALIFORNIA 95652
TEL: (650) 257-2327

# Stephen Woo

**Stephen:** (916) 799-0886 m   aswoo0407@yahoo.com

## LOGISTICS - RESIDENTIAL MOVE

| ORIGIN | 5652 WALNUT AVENUE ORANGEVALE, CALIFORNIA 95662 TYPE: HOUSE [Less than 50 Feet] FLOOR: , 1 STAIRS | STOPS | NO EXTRA STOPS. | DESTIN | 2834 STATE HIGHWAY 292 LAMAR, ARKANSAS 72846 TYPE: HOUSE [Less than 50 Feet] FLOOR: , 1 STAIRS |
|---|---|---|---|---|---|

1.FORM OF PAYMENT: Upon booking/ move reservation, a 20% deposit is required to be paid in form of VISA or MASTER CARD. Prior to pickup 60% of the balance is due in the form of certified check, money order, wire transfer (quick pay/zelle) or cash. Personal checks are accepted at carrier's discretion and only if there is at least 10 business days before delivery. The remaining balance must be paid in full upon delivery by cash, post office money order. Carrier reserves the right to collect up to 75% of the balance due prior the goods leaving the origin state. Subject to federal law, 110% law, if applicable. All charges are based on full tariff rates.

VALUATION OF COVERAGE: Carrier provides two valuation options: Limited liability and full replacement value(FVP). We suggest you purchase third party insurance to protect your property.
Customer expressly releases the shipment to a declared value of "$0.60 per pound per article", and shall continue during and all services rendered. Moving company is not liable for damage to items packed by others or for items which require "packing for safe handling"., mirrors, marble, pictures, glass tops, lamps, or lamp shades, box springs, and mattresses. I shipper/agent have full authority to enter into this agreement and wish to release the entire shipment to a maximum VALUE of " 60 cents per pound per article". I also agree to all Terms and Conditions on the back of this contract.

DELIVERY ACKNOWLEDGEMENT

Delivery dates are not guaranteed unless the optional Premium Guaranteed Service (P.G.S) is purchased. Standard Service (S.S) is up to a maximum of thirty business weekdays. The first date indicated as available for delivery is first day of the delivery window and not the promised delivery date ( go to back page section 7).
Optional Services (O.P.) are available to the shipper. O.P. and charges will ONLY affect your total delivery balance if the service is requested and necessary to be performed ( stairs, long carries, shuttles, extra drop-offs, waiting, redelivery, elevators) in order to complete final delivery to your destination. See reverse side for important information including arbitration information. Notice of maximum amount due upon delivery. Under the section 49 USC 13707(b)(3)(C) payment required prior to that service to be performed. Delivery payment in full of all charges is due before unloading. If destination address does not have access for a big truck ( 18 wheeler) the shipper is required to order a shuttle service. Full re-handling and re-delivery fees are applied when carrier must make a second attempt to deliver the property (household goods). All charges including additional and optional service are based on carrier's full tariff rates. Carrier's tariff is available for inspection upon reasonable request by calling carrier.

DISCLOSURES

Packing material and labor are not included and will be charged per items ordered and listed on the packing materials list. Your estimated price is guaranteed not to change unless you require additional services or add other pieces to your inventory. Final charges are based on actual move size ( cu.ft. of property) and services ordered. In accordance with 49CRF 375.505(a) the total estimated charges ( see addendum) for services is not a guarantee. The final total actual charges may increase or decrease based upon size and quantity of items shipped, services performed. Customer has full authority to order services and full tariff rates and enter into this agreement. I have received the booklet: "Your Rights and Responsibilities When you Move" and pamphlet "Ready to Move".
Carrier shall not be liable for the damages unless claim is made in writing, supported by proof of ownership, together with substations of value, and weigh. Claims must be filed within 90 days of delivery.

0.60 per pound per article

10752

| PACKING DATE(s) | MOVING DATE(s) | AGREED PICK-UP PERIOD | AGREED DELIVERY PERIOD | REFERRAL SOURCE |
|---|---|---|---|---|

| PACKING DATE(s) | MOVING DATE(s) | AGREED PICK-UP PERIOD | | AGREED DELIVERY PERIOD | | REFERRAL SOURCE |
|---|---|---|---|---|---|---|
| | | EARLIEST - LATEST | PREFERRED | EARLIEST - LATEST | PREFERRED | Landing |
| 10-26-20: | 10-26-2021 | 09:00 am - 11:00 am | | | | Page Moving Calculator Google |

| PACKING SERVICE & MATERIALS | CONTAINERS | | |
|---|---|---|---|
| Items | Quantity | Rate | Amount |
| Mattress Cover Heavy Duty | 7 | 25.0 | 175.0 |
| Picture Box 4pc Adjustable | 8 | 30.0 | 240.0 |
| TV Box 30" to 55" | 5 | 45.0 | 225.0 |
| TV Box 60" to 85" | 1 | 55.0 | 55.0 |
| Wardrobe Box 24"W /with 1-2 hanging bar(s) | 12 | 30.0 | 360.0 |
| Box Large Heavy Duty(Labor only) | 10 | 11.0 | 110.0 |
| Box Dish Pack/Heavy Duty | 3 | 27.0 | 81.0 |
| Bubble Wrap 48" S.B Per Ft. | 10 | 2.0 | 20.0 |
| Add Packing Materials | Total Packing & material charges | $ 1266.0 | |

**TIME RECORD**

Start Time 09:5( Cust. Initial       Stop Time 05:0( Cust. Initial

Oct 26, 2021 at 11:24AM                     Oct 26, 2021 at 11:24AM

| MOVERS | 8 | TRUCKS | 1 | RATE | 0.00 | HOURS | 07:04 |
|---|---|---|---|---|---|---|---|

| TOTAL CHARGED TIME | 07:04 | DISCOUNT TIME | 00:00 |
|---|---|---|---|

| CU.FT. MOVING FEE | 11049.00 |
|---|---|
| PACKING MATERIALS | 1266.0 |
| ADDITIONAL CUBIC FEET | 6932.4 |
| **SUBTOTAL** | 19247.40 |
| FUEL SURCHARGE | 1924.74 |
| ERD DISCOUNT | 500 |
| SENIOR CITIZEN DISCOUNT | -5% |
| SAFE/ UP TO 300LBS. | 900.00 |
| MANAGERS SPECIAL DISCOUNT | 1000.00 |
| **GRAND TOTAL** | 19538.53 |
| PAYMENTS | 14250.95 |
| BALANCE DUE | 5287.58 |

## Notes and Comments

1) GRATUITIES ARE APPRECIATED BUT NOT REQUIRED!
2) Estimated price $7,799.10 includes $500 ERD. The discount is void if signed later than 9/1/2021 20% of the deposit $1,559.82 is required to make the reservation We accept Visa/Mastercard (no American Express or Discover) for deposit 60% $4,679.46 is due on the pickup day Payment options: Certified cashier's check, Post office money order, Cash, or Zelle 20% $1,559.82 final payment due on the day of delivery before we unload Payment options: Certified cashier's check, Post office money order, Cash, or Zelle If storage is needed the first month is free, arrangements will need to be made at the time of preparing an estimate. The deposit is fully refundable as long as the reservation is cancelled 48 hours prior to the moving date. Otherwise, it will be forfeited.
3) Payment of $935.90 via CC 8767
4) Estimated price $11,378.73 includes $500 ERD. The discount is void if signed later than 9/1/2021 20% of the deposit $2,495.75 is required to make the reservation $1559.82 has been paid so $935.90 is due today 10/22/21 We accept Visa/Mastercard (no American Express or Discover) for deposit 60% $7,487.23 is due on the pickup day Payment options: Certified cashier's check, Post office money order, Cash, or Zelle 20% $1,395.75 final payment due on the day of delivery before we unload Payment options: Certified cashier's check, Post office money order, Cash, or Zelle If storage is needed the first month is free, arrangements will need to be made at the time of preparing an estimate. The deposit is fully refundable as long as the reservation is cancelled 48 hours prior to the moving date. Otherwise, it will be forfeited.
5) Payment of $ 3500.00 via Zelle
6) Payment of $ 2500.00 via Cash
7) Payment of $ 1487.23 via Venmo
8) Payment of $ 1559.82 via Manual Card
9) Revised estimate was approved by the customer in full prior to loading. In order to move forward balance of $4268.80 needs to be collected to cover 60% of pick up payment. After receiving pick up payment in full the delivery balance due will be $5343.00
10) Payment of $ 3500.00 via Zelle
11) Payment of $ 768.00 via Venmo

Enter notes here...

enter signature here

Oct 26, 2021 at 11:26AM
Shipper's Signature

enter signature here

Oct 26, 2021 at 11:26AM
Carrier's Signature

Estimate: 3469
MC-65379
US DOT 3078650
Invoice: 1121-0
Service Date: 10-26-2021



**PEOPLE MOVERS**
5025 ARNOLD AVE
MCCLELLAN PARK, CALIFORNIA 95652
TEL: (650) 257-2327
https://peoplemoversus.com/

## Stephen Woo

**Stephen:** (916) 799-0886 m aswoo0407@yahoo.com;

## LOGISTICS - RESIDENTIAL MOVE

| ORIGIN | **5652 WALNUT AVENUE** ORANGEVALE, CALIFORNIA 95662 TYPE: HOUSE [Less than 50 Feet] FLOOR: 1 | STOPS | **NO EXTRA STOPS.** | DESTIN | **2834 STATE HIGHWAY 292** LAMAR, ARKANSAS 72846 TYPE: HOUSE [Less than 50 Feet] FLOOR: 1 |
|---|---|---|---|---|---|

| Quote Date: 08-28-2021 | Service Date: 10-26-2021 | Bid: Phone | Estimate: #3469 | Booking: N/A | Arrival Time: 08:00 AM - 01:00 PM |
|---|---|---|---|---|---|

| Referred By: Landing Page Moving Calculator Google | Estimated By: Angela Johnson | 08-28-21 | Booked By: N/A |
|---|---|---|

### ESTIMATE FOR SERVICES

| **0** SqFt | **4557** Weight lbs | **1038** CuFt | Move Size | **1884** Miles |
|---|---|---|---|---|

| (1) Nightstand | (2) Dresser triple | (1) Mirror Attached |
|---|---|---|
| (1) Bed, Bunk | (2) Full Mattress | (1) TV 75-90 Inch |
| (5) TV 36-42"$^{H}$ Flat Screen | (1) Workbench | (1) Tool Chest Large 2pc |
| (1) Bench | (1) Dining Table | (8) Chair, Dining |
| (75) Box Large | (3) Picture | (1) King Bed +Mattress |

### PRICING

| TRUCKS: | 1 |
|---|---|
| CREW SIZE: | 6 |
| CU.FT. MOVING FEE | $ 7518.25 |
| PACKING MATERIALS: | $ 445.00 |
| FUEL SURCHARGE : | $ 709.01 |
| ERD DISCOUNT : | $ 500.00 |
| SENIOR CITIZEN DISCOUNT : | -5% |
| **GUARANTEED PRICE** | **$ 7799.10** |

### ESTIMATE FOR MATERIALS

| PRODUCT | QTY | | EACH | | TOTAL |
|---|---|---|---|---|---|
| Mattress Cover Heavy Duty | 3 | @ | $25.00 | = | $75.00 |
| Picture Box 4pc Adjustable | 3 | @ | $30.00 | = | $90.00 |
| TV Box 30" to 55" | 5 | @ | $45.00 | = | $225.00 |
| TV Box 60" to 85" | 1 | @ | $55.00 | = | $55.00 |
| ESTIMATED MATERIALS TOTAL | | | | | $445.00 |

Thank you for choosing " People Movers", this estimate is based on the list of items and services you requested at the time it was prepared. Your estimated price is guaranteed not to change unless you require additional services or add other pieces to your inventory. Please carefully review the estimate for accuracy. If you decide to make any changes to the list of services ordered or pieces to be moved, you must notify our office no later than 48 hours prior to your move date.

Sep 01, 2021 at 06:48PM

## Estimate Notes :

| At | Rep | Notes |
|---|---|---|

| 08/27 | SY | DELIVERY SCHEDULE: All Long-distance deliveries are made on a flexible basis with an estimated arrival window (optional Premium Guaranteed Service available for purchase $1500). All delivery windows are estimated from the first date available for delivery (F.A.D) 0 - 500 Miles: Estimated delivery 1 - 5 Business days. 501 - 1000 Miles: Estimated delivery 2 - 7 Business days. 1001 - 1500 Miles: Estimated delivery 3 - 10 Business days. 1501 - 3300 Miles: Estimated delivery 5 - 21 Business days. |
|---|---|---|
| 09/01 | SY | Estimated price **$7,799.10** includes $500 ERD. The discount is void if signed later than 9/1/2021<br><br>20% of the deposit $1,559.82 is required to make the reservation<br><br>We accept Visa/Mastercard (no American Express or Discover) for deposit<br><br>60% $4,679.46 is due on the pickup day<br><br>Payment options: Certified cashier's check, Post office money order, Cash, or Zelle<br><br>20% $1,559.82 final payment due on the day of delivery before we unload<br><br>Payment options: Certified cashier's check, Post office money order, Cash, or Zelle<br><br>If storage is needed the first month is free, arrangements will need to be made at the time of preparing an estimate.<br><br><br>The deposit is fully refundable as long as the reservation is cancelled 48 hours prior to the moving date. Otherwise, it will be forfeited. |
| 09/02 | AR | Payment of $1559.82 via CC 8983 |

**Estimate :**

People Movers
5025 Arnold Ave, McClellan Park, California 95652

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PEOPLE MOVERS

4601 Land Ave, McClellan Park, CA 95652
(800) 578-4268 Local: 650-257-2327
US DOT 3076650/MC-66379

| OWNER'S NAME | | PAGE NO. | NO. OR PAGES |
|---|---|---|---|
| Stephen WOO | ORANGE VALE CALIFORNIA 9562 | 1 | 3 |

ORGIN LOADING ADDRESS: 5652 WALNUT AVENUE    CITY    STATE

CARRIER'S REFERENCE NO: 90

DESTINATION: 2834 STATE HIGHWAY 292 LAMAR ARKANSAS.

AGENT: MAVERICO

DESCRIPTIVE SYMBOLS
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED

DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED

MI - MILDEW
MO - MOTH EATEN
P - PEELING
R - RUBBIU
RU - RUST

SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

LOCATION SYMBOLS
1 ARM    10 TOP
2 BOTTOM    11 VENEER
3 CORNER    12 EDGE
4 FRONT    13 CENTER
5 LEFT    14 INSIDE
6 LEGS    15 SEAT
7 REAR    16 DRAWER
8 RIGHT    17 DOOR
9 SIDE    18 SHELF

| ITEM NO. | | ARTICLES | #B | CONDITION AT ORIGIN | ITEM NO. | | ARTICLES | | #B | CONDITION AT ORIGIN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | L | Box | PBO | CU | 1 | L | Box | | PBO | CU |
| 2 | L | Box | PBO | CU | 2 | L | Box | | PBO | CU |
| 3 | L | Box | PBO | CU | 3 | L | Box | | PBO | CU |
| 4 | L | Box | PBO | CU | 4 | L | Box | | PBO | CU |
| 5 | L | Box | PBO | CU | 5 | L | Box | | PBO | CU |
| 6 | L | Box | PBO | CU | 6 | L | Box | | PBO | CU |
| 7 | L | Box | PBO | CU | 7 | L | Box | | PBO | CU |
| 8 | L | Box | PBO | CU | 8 | L | Box | | PBO | CU |
| 9 | L | Box | PBO | CU | 9 | L | Box | | PBO | CU |
| 10 | L | Box | PBO | CU | 10 | L | Box | | PBO | CU |
| 1 | L | Box | PBO | CU | 1 | L | Box | | PBO | CU |
| 2 | L | Box | PBO | CU | 2 | L | Box | | PBO | CU |
| 3 | L | Box | PBO | CU | 3 | L | Box | | PBO | CU |
| 4 | L | Box | PBO | CU | 4 | L | Box | | PBO | CU |
| 5 | L | Box | PBO | CU | 5 | L | Box | | PBO | CU |
| 6 | L | Box | PBO | CU | 6 | L | Box | | PBO | CU |
| 7 | L | Box | PBO | CU | 7 | L | Box | | PBO | CU |
| 8 | L | Box | PBO | CU | 8 | L | Box | | PBO | CU |
| 9 | L | Box | PBO | CU | 9 | L | Box | | PBO | CU |
| 20 | L | Box | PBO | CU | 20 | L | Box | | PBO | CU |
| 1 | L | Box | PBO | CU | 1 | L | Box | | PBO | CU |
| 2 | L | Box | PBO | CU | 2 | L | Box | | PBO | CU |
| 3 | L | Box | PBO | CU | 3 | L | Box | | PBO | CU |
| 4 | L | Box | PBO | CU | 4 | L | Box Plastic | | PBO | CU |
| 5 | L | Box | PBO | CU | 5 | L | Box Plastic | | PBO | CU |
| 6 | L | Box | PBO | CU | 6 | L | Box Plastic | | PBO | CU |
| 7 | L | Box | PBO | CU | 7 | L | Box Plastic | | PBO | CU |
| 8 | L | Box | PBO | CU | 8 | L | Box Plastic | | PBO | CU |
| 9 | L | Box | PBO | CU | 9 | XL | Plastic Bin | | PBO | CU |
| 40 | L | Box | PBO | CU | 40 | XL | Plastic Bin | | PBO | CU |
| 1 | L | Box | PBO | CU | 1 | XL | Plastic Bin | | PBO | CU |
| 2 | L | Box | PBO | CU | 2 | m | Plastic Bin | | PBO | CU |
| 3 | L | Box | PBO | CU | 3 | m | Plastic Bin | | PBO | CU |
| 4 | L | Box | PBO | CU | 4 | m | Plastic Bin | | PBO | CU |
| 5 | L | Box | PBO | CU | 5 | m | Plastic Bin | | PBO | CU |
| 6 | L | Box | PBO | CU | 6 | m | Plastic Bin | | PBO | CU |
| 7 | L | Box | PBO | CU | 7 | m | Plastic Bin | | PBO | CU |
| 8 | L | Box | PBO | CU | 8 | S | Plastic Bin | | PBO | CU |
| 9 | L | Box | PBO | CU | 9 | S | Plastic Bin | | PBO | CU |
| 50 | L | Box | PBO | CU | 50 | S | Plastic Bin | | PBO | CU |

REMARKS/EXCEPTIONS: Mattress water Damage / Safe NO Handle's

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ● TO INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

TAPE LOT NO.

TAPE COLOR: Green

## NOTICE ☞ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

NUMBERS FROM 001 THRU 100

| CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|
| AT ORIGIN (SIGNATURE) | 10/26/2 | AT DESTINATION (SIGNATURE) | | |
| OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE | | OWNER OR AUTHORIZED AGENT | DATE |

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PEOPLE MOVERS

8601 Lang Ave, McClellan Park, CA 95652
(800) 578-4268 Local: 650-257-2327
US DOT 3078650 / MC-65379

| OWNER'S NAME STEPHEN WOO | ORANGEVALE | CA | 95662. | PAGE NO. 2 | NO. OR PAGES 3 |
|---|---|---|---|---|---|
| ORIGIN LOADING ADDRESS 5652 WALNUT AVENUE | CITY | STATE | | CARRIER'S REFERENCE NO. | |
| DESTINATION 2834 STATE HIGHWAY 292 LAMAR ARKANSAS | | | | AGENT Mauricio | |

**DESCRIPTIVE SYMBOLS**
B/W - BLACK & WHITE TV   C - COLOR TV   CP - CARRIER PACKED   PBO - PACKED BY OWNER   CD - CARRIER DISASSEMBLED

**EXCEPTION SYMBOLS**
B - DENTED   F - FADED   G - GOUGED   L - LOOSE   M - MARRED   MI - MILDEW   MO - MOTHEATEN   P - PEELING   R - RUBBED   RU - RUST   SC - SCRATCHED   SH - SHORT   SO - SOILED   T - TORN   W - BADLY WORN   Z - CR./CRED

**LOCATION SYMBOLS**
1 ARM   2 BOTTOM   3 CORNER   4 FRONT   5 LEFT   6 LEGS   7 REAR   8 RIGHT   9 SIDE   10 TOP   11 VENEER   12 EDGE   13 CENTER   14 INSIDE   15 SEAT   16 DRAWER   17 DOOR   18 SHELF

| ITEM NO. | ARTICLES | #B | CONDITION AT ORIGIN | ITEM NO. | ARTICLES | #B | CONDITION AT ORIGIN |
|---|---|---|---|---|---|---|---|
| 10 | 1 Plastic Ben PBO | CU | | 1 | Wardrobe Box CP | | 1 Box |
| 2 | S Plastic Ben PBO | CU | | 2 | Safe | BL | 1 BO |
| 3 | S Plastic Bin PBO | CU | | 3 | Ikea Book Case S | BL | L |
| 4 | S Plastic Bin PBO | CU | | 4 | Ikea Book Case S | BL | L |
| 5 | L color Box PBO | CU | | 5 | heat Board CP | BL | SC. |
| 6 | S Cooler Box PBO | CU | | 6 | foot Board CP | BL | SC |
| 7 | S Plastic Bin PBO | CU | | 7 | Dresser L | BL | L |
| 8 | S Plastic Bin PBO | CU | | 8 | Sid Board L CB | BL | L |
| 9 | S Plastic Bin PBO | CU | | 9 | Book Case S CB | BL | L |
| 10 | S Plastic Bin PBO | CU | | 10 | Bed Parts CB | | Sob |
| 1 | S Plastic Bin PBO | CU | | 1 | Queen Mattress CP | | Cob |
| 2 | S Box PBO | CU | | 2 | King Box Spring CP | | Cob |
| 3 | S Box PBO | CU | | 3 | King Mattress CP | | Cob |
| 4 | S Box PBO | CU | | 4 | heat Board CP | BL | SC |
| 5 | S Box PBO | CU | | 5 | foot Board CP | BL | SC |
| 6 | S Box PBO | CU | | 6 | Sid Board CP | BL | L |
| 7 | S Box PBO | CU | | 7 | Bed Parts CD | | SO. |
| 8 | S Box PBO | CU | | 8 | Dresser CP | BL | SO |
| 9 | S Box PBO | CU | | 9 | fool Dresser CP | BL | SO |
| 20 | S Box PBO | CU | | 20 | Love Site CP | BL | L |
| 1 | S Box PBO | CU | | 1 | Glass Mirror CP | | 1 Box |
| 2 | S Box PBO | CU | | 2 | TV Box CP | | 1 Box |
| 3 | S Box PBO | CU | | 3 | Nalght Stand CP | BL | L |
| 4 | S Box PBO | CU | | 4 | Box Spring CP | | Cob. |
| 5 | S Box PBO | CU | | 5 | Mattress CP | | Cob. |
| 6 | S Box PBO | CU | | 6 | TV CP Box | | 1 Box |
| 7 | S Box PBO | CU | | 7 | fool Dresser CP | BL | SC |
| 8 | S Box PBO | CU | | 8 | Book Case CP | BL | SC |
| 9 | S Box PBO | CU | | 9 | Box Spring CP | | Cob |
| 30 | S Box PBO | CU | | 30 | Mattress CP | | Cob. |
| 1 | S Box PBO | CU | | 1 | heat Board CP | BL | SC |
| 2 | S Box PBO | CU | | 2 | foot Board CD | BL | SC |
| 3 | S Box PBO | CU | | 3 | heat Board CD | BL | SC |
| 4 | S Box PBO | CU | | 4 | Foot Board CD | BL | SC |
| 5 | fool Box PBO | CU. | | 5 | Sid Board CD | BL | SC |
| 6 | S Plastic Bin PBO | CU | | 6 | Bed Parts CD | | SD |
| 7 | S Box PBO | CU | | 7 | Bed Parts CD | | SD |
| 8 | S Box PBO | CU | | 8 | Bed Parts CD | | SD |
| 9 | S Box PBO | CU | | 9 | Bed Parts CD | BL | |
| 40 | S Box PBO | CU | | 40 | Bed Parts CD | BL | |
| 1 | S Box PBO | CU | | 1 | S TV CP Box. | | 1 Box |
| 2 | S Box PBO | CU | | 2 | S TV CP Box | | 1 Box |
| 3 | S Box PBO | CU | | 3 | XL Picture Box PBO | | 1 CU |
| 4 | S Box PBO | CU | | 4 | Book Case CP | BL | L |
| 5 | Wardrobe Box CP | 1 Box | | 5 | XL Safe CP | BL | |
| 6 | Wardrobe Box CP | 1 Box | | 6 | XL Safe CP | BL | |
| 7 | Wardrobe Box CP | 1 Box | | 7 | Wardrobe CP | | 1 Box |
| 8 | Wardrobe Box CP | 1 Box | | 8 | Book Case CP | BL | SC |
| 9 | Wardrobe Box CP | 1 Box | | 9 | Wardrobe CP | | 1 Box |
| 50 | Wardrobe Box CP | 1 Box | | 60 | TV Stand CP | BL | L |

**REMARKS/EXCEPTIONS:**

"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ● TO INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

| TAPE LOT NO. | TAPE COLOR |
|---|---|

**NOTICE** ☞ BEFORE SIGNING CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE.

| NUMBERS FROM | THRU |
|---|---|

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 10/26/21 | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) (SIGNATURE) | DATE 11/19/21 |
|---|---|---|---|---|---|
| AT ORIGIN | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE | AT DESTINA- TION | OWNER OR AUTHORIZED AGENT (SIGNATURE) | DATE |

© The Printer (305) 303-8268

**HOUSEHOLD GOODS DESCRIPTIVE INVENTORY**

PEOPLE MOVERS

4601 Lang Ave, McClellan Park, CA 95652
(800) 578-4268 Local: 650-257-2327
US DOT 3078650 / MC-65379

| OWNER'S NAME | | PAGE NO. 3 | NO. OF PAGES 3 |
| --- | --- | --- | --- |
| STEHON WOO   ORANGEVALE CA 95662. | | | |
| ORIGIN LOADING ADDRESS        CITY        STATE | | CARRIER'S REFERENCE NO. | |
| 5652  WALNUT AVE | | | |
| DESTINATION | | AGENT   muineio | |
| 2834  STATE  HIGHWAY  292  LAMAR  ARKANSAS | | | |

DESCRIPTIVE SYMBOLS
B/W - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED

DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS &
CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUST
SC - SCRATCHED
SH - SHORT
SO - SOILED
T - TORN
W - BADLY WORN
Z - CRACKED

LOCATION SYMBOLS
1 ARM
2 BOTTOM
3 CORNER
4 FRONT
5 LEFT
6 LEGS
7 REAR
8 RIGHT
9 SIDE
10 TOP
11 VENEER
12 EDGE
13 CENTER
14 INSIDE
15 SEAT
16 DRAWER
17 DOOR
18 SHELF

| ITEM NO. | ARTICLES | #B | CONDITION AT ORIGIN | ITEM NO. | ARTICLES | #B | CONDITION AT ORIGIN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 Dining Chair CP | | SC | 1 | Wardrobe CP | | 1BOX |
| 2 | 2 Dining Chair CP | | SC | 2 | L BOX PBO | | CU |
| 3 | 2 Dining Chair CP | | SC | 3 | L BOX PBO | | CU |
| 4 | Dining Chair CP | | SC | 4 | Sofa Pillow NP | | R. |
| 5 | Dining Chair CP | | SC | 5 | Pictures XL CP | | 2 BOX |
| 6 | Dining Base CP | | L | 6 | Table CP | | |
| 7 | said Table CP | | R | 7 | Bike | | SO |
| 8 | Dining table TOP | | R | 8 | table Pictures PBO | | CU |
| 9 | said Table CP | | R | 9 | Pictures tols. PBO | | CU |
| 10 | SEC Sofa Back CD | | R | 10 | plastic office PBO | | SC |
| 11 | SEC Sofa Back CD | | R | 11 | 60-75 CP | | 2 BOX |
| 12 | SEC Sofa Back CD | | R | 12 | Dish Pack CP | | 1BOX |
| 13 | SEC Sofa Back CD | | R | 13 | Montau TV 1DBO | | |
| 14 | SEC Sofa CD | | R | 14 | | | |
| 15 | SEC Sofa CD | | R | 15 | | | |
| 16 | SEC Sofa CD | | R | 16 | | | |
| 17 | SEC Sofa CD | | R | 17 | | | |
| 18 | SEC Sofa CD | | R | 18 | | | |
| 19 | SEC Sofa CD | | R. | 19 | | | |
| 20 | Elliptica CP | 2B | SC- | 20 | CP Items | | |
| 1 | XL Box PBO | | CU | 1 | | | |
| 2 | tent PBO | | SC | 2 | Safe missing handle's | | |
| 3 | Step ladder | | SC | 3 | possibly Tamper, Wont OPEN | | |
| 4 | Step ladder | | SC | 4 | | | |
| 5 | Step ladder blue | | SC | 5 | weird — 280 | | |
| 6 | Wardrobe CP | | 1BOX | 6 | Dish Pack & Toy Damage CP | | |
| 7 | Wardrobe NP | | 1BOX | 7 | 4 5 Box Damage | | |
| 8 | table CP | | BC | 8 | | | |
| 9 | File cabinet | | BC | 9 | TV Stand Broke 1 R 200 | | |
| 30 | File cabinet | | BC | 0 | 4.5 NO Tag | | |
| 1 | office Chair | | SC | 1 | HANDIES | | |
| 2 | office Chair | | SC | 2 | SAFE Handle's missing (cannon) | | |
| 3 | Bench Stool CP | | SC. | 3 | 24 Items not check off | | |
| 4 | Safe CP | | SC. | 4 | No Inventory from 250-282 | | |
| 5 | Wardrobe Box CP | | 1BOX | 5 | Sofa metal Bracket Bent | | |
| 6 | Wardrobe Box CP | | 1BOX | 6 | 10 Items No Tag | | |
| 7 | Dish Pack | | BOX | 7 | missing Hardware Mattress Bag IRM | | |
| 8 | Bench Work Cabinet | | SC. | 8 | Master BR foot Board Damage | | |
| 9 | Work Bench Cabinet | | SC | 9 | small Bookcase Chip | | |
| 40 | Stool CP | | SC | 0 | Mattress water Damage- | | |
| 1 | Stool CP | | SC. | 1 | Full size Bed Tape Damage | | |
| 2 | Bottle Beer CP | | SC | 2 | Mac Desk screen Scratched | | |
| 3 | BBQ Grill | | | 3 | TV Stand-M missing w/ leggings | | |
| 4 | L Bench table Work 2B | | SC- | 4 | Dining table 1 Chair Chipped on Top | | |
| 5 | L BBQ Grill | | SC. | 5 | File Cab. Dent Back | | |
| 6 | metal Shelf | | SO | 6 | Smoker Wheel Bent | | |
| 7 | metal Shelf | | SO | 7 | 300 RDS 338 Lapua (Ammo) | | |
| 8 | Washer CP | | 1 Box | 8 | 800 RDS 2212 (Cannon) | | |
| 9 | Pyrex CP | | 1 Box | 9 | 500 RDS 45 ACP (Ammo) | | |
| 50 | Fridge/Freezer CP | | | 0 | | | |

REMARKS/EXCEPTIONS:
"WE HAVE CHECKED ALL THE ITEMS LISTED AND NUMBERED ● TO INCLUSIVE AND ACKNOWLEDGE THAT THIS IS A TRUE AND COMPLETE LIST OF THE GOODS TENDERED AND OF THE STATE OF THE GOODS RECEIVED"

**NOTICE** ☞ BEFORE SIGNING CHECK SHIPMENT; COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE

| TAPE LOT NO. 180 8721 | TAPE COLOR white. |
| --- | --- |

NUMBERS FROM 201 THRU 262.

| | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE | | CONTRACTOR, CARRIER OR AUTHORIZED AGENT (DRIVER) | DATE |
| --- | --- | --- | --- | --- | --- |
| AT ORIGIN | (SIGNATURE) | | AT DESTINA-TION | (SIGNATURE) | |
| | OWNER OR AUTHORIZED AGENT | DATE | | OWNER OR AUTHORIZED AGENT | DATE |
| | (SIGNATURE) | | | (SIGNATURE) | |

© The Printer (305) 303-8260

Stephen had one of his safe's broken into. A police report was filed and the handles that were missing off the front or the safe were documented.

Missing from that safe was 300 rounds of 338 loupa ammo which is priced at $4.00 per round Missing from that safe was 500 rounds of 45mm ammo which is priced at $0.50 per round Missing from that safe was 800 rounds of 22mm ammo which is priced at $0.10 per round.

The alcohol vases were family heirlooms brought here from China by his dad when he migrated over here...in a box that was labeled "company packed."
Three were broken, 2 being Elvis, which were the most valuable and there is no financial way to replace these because they were passed down from his dads estate when he passed away last December.

Missing a garage storage rack $100 to purchase.

Oak gun cabinet was left in California without our consent.

50" Samsung television for the master bedroom never arrived.

25 original Boxes for collector guns were left behind in California without our consent... these are imperative for resale and value.

5-piece electrical sectional couch center arm connecting piece was broken, bent outward, leaving us no way to connect the pieces of the couch together Also one side of the couch would no longer raise or recline. Originally, $4,500.00, now a new couch similar to this one is $6,500 to have the same functions as ours had.

Master king bed foot was broken, and the side of the headboard was wet and moldy. That was a $6000 bedroom set.

TV Stand the front barn door was detached ...that was a $375 TV Stand.

Apple computer was packed in a box that was not secure and the corner of the monitor was bent...this was a $2700.00 computer.

The Air Fryer was growing mold all over it and the box was literally wet on the outside that was $130.00.

Deep freezer was new and it arrived with 3 large dings in it which are not coming out.

Flower vases were shattered ...there was 3 of them broken. They were about $20 each.

China dish set was shattered...also a company packed box. This was passed down to me from my grandma and is not replaceable.

Kitchen decor giant fork and spoon...both were broken and they were $25 each.

Bathroom box with expensive skin care and hair care never arrived.  Dermalogica skin care $400 in total and pureology shampoo and conditioner $100 each gallon.

Blow dryer was a GHD and it was $190 on clearance ..also didn't arrive.

Two reptile habitats (55gallon) and their stands $300 each were left in California without our consent. An entire box of shoes, including Nike tennis shoes, Michael Khors wedges, three pair of Birkenstock and several boots and heels.. About 15 pair of shoes averaging $100/$150 per pair.

People Movers left entire large Wardrobe boxes full of dresses without my consent, in the closet in California. These were formal dresses I wore to my brothers wedding Nordstrom $275.00, my nephews wedding Nordstrom $160.00 and several dresses from mostly Macys.

Full size bed frame and mattress was left in California without consent. An entire box of shoes (about 15 pair at about $80 each) Nike... three pair, boots dress shoes A box of Winter clothing such as a heavy Jacket $100 Vans sweatshirts $30 North Face sweatshirts $45 Jeans, about 10 pair Mostly from American Eagle averaging $50 per pair.

Make up Vanity broken (replacement was $1000.00 Almost all her clothing... about $1000.00 worth All her shoes (three pair of UGG boots at $200 each) Nike Air Force, white in color $100 Her weighted blanket $100.00 full size Her mattress was covered in black mold $600 memory foam Her 9 cube organize it has 2 pieces broken off of it $400.

All of one child's personal belongings did not arrive. clothes, shoes, jackets, sweatshirts.
Jacket was $70 from justice. Clothes were from Tillys mostly ...just went back to school shopping and bought $500 for her from Tillys aside from the rest of what she had.
About $1500.00 worth of clothes.

40" Samsung TV was swapped out for a 19" Toshiba with no legs and no remote... $300

A box of shoes and baby clothes he wore home from the hospital $30, His suit he wore to our wedding $175. His Nike Jordan shoes for school $80, His back to school clothes $470 from Macys ...about 20 shirts and 10 pair of jeans.

40" Samsung was swapped out for a 25" Vizio with no legs and no remote as well.

His weighted Hulk blanket was also gone. $50

We had a total of 25 boxes unaccounted for and they were all Large moving boxes because we accidentally bought a case of all the same size boxes.

Everything left in California we still have to go back and pick up. We paid Michelle Nosal to have it moved to a storage unit in Orangevale and are paying $250/per month until we can go back and get it. We also have to rent a U-haul and drive the rest of our property back which will be at least $5000.00 just for rental and fuel...

There was also damage to the home when the gun safe was dropped down the stairs. We had to have the walls patched in 3 places. We had to have the paint touched up after having the house freshly painted to sell it, the stair railing had to be sanded and repaired, and 8 tile at the front door had to be pulled up and replaced due to cracking from the safe falling. This bill totaled in $4500.00 for repairs.

Also had to pay the landscaper to come and clean up the mess People Movers left behind because my home was vacant and I was already on a flight to Arkansas. The movers left trash all over the house and yard. The cardboard from the roll of tape they used they just threw on the ground. Empty soda bottles and water bottles were left all over the floor and all the trash from anything they ate was left on the counter (included in pictures). Francisco took 2 entire trailer loads full of trash and items left behind to the dump. These items included things like a large area rug we never planned on leaving! $650.00 for his dump run and time.

My housekeeper who came weekly for the past five years had to come deep clean from the mess the movers left.  Originally, she was going to deep clean the house for $250.00 after we moved out...She had to bring in extra help from all the damage and trash these movers left behind and it ended up being $600.00

My neighbor had damage to her drain from where the movers parked the moving truck in her driveway... it was a $2,000 deductible to have the repairs done through her homeowners insurance. Mercury Insurance. His number is 650-713-8897.

We came with just a carry on from a flight so we had to purchase 6 blow up mattresses, sheets to sleep on, blankets, pillows, towels, shampoo, conditioner, tooth brushes, pots, pans, a card table a folding chairs to sit at, a futon couch to sit on, shoes, sweatshirts, school supplies so the kids could go to school, paper plates, cups, silverware, a used washer and dryer $1100.00 to do laundry, body wash, laundry soap, jackets, toothpaste, and the basics to survive for a month while all our belongings sat in a warehouse waiting for a driver to deliver it to us.
It was a total of $5000.00 at WALMART just to eat at a card table and have clothes to wear to school.

We waited 4 weeks for tools to arrive.  We were told they would be here in 5 days. He had jobs lined up to do when we got here that he was unable to perform due to not having the tools or materials because they were also stuck on the truck.

When the truck did finally arrive he was unable to get up the driveway so it was an additional $1,200.00 not included in the bid in order to have Dumbo transfer the belongings into a shuttle (U-Haul) and bring them up the driveway.

BILL TO

**Amber and Stephen Woo**
Amber and Stephen Woo
5652 Walnut Ave
Orangevale, CA 95662

**Nosal Construction / Gold Rush AMG CSLB**
**#875402**
3175 Fitzgerald Rd
Rancho Cordova, Ca 95742
Michael Nosal 916-718-6010

**Invoice #**: Woo-1030                                    **$4,300.00**
October 30, 2021

| Items | Price | Qty | Total |
|---|---|---|---|
| **Load and haul to storage additional items in the garage left by the moving company. 2 full loads** | $800.00 | 1.00 | $800.00 |
| **Drywall/door trim repair including painting. sanding and painting damaged stair hand rails** | $3,500.00 | 1.00 | $3,500.00 |

|  |  |
|---|---|
| **Total:** | **$4,300.00** |
| Paid: | $0.00 |
| **Amount Due (USD):** | **$4,300.00** |

# SEXTON FURNITURE & APPLIANCE, INC.

422 West Main St. • P.O. Box 268
CLARKSVILLE, ARKANSAS 72830
(479) 754-3653

| Name Amber d Steve Woo | Date |
|---|---|
| Address 2834 Highway 292 | |
| Lamar, Ar 72846 | Phone 916-871-7816 |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|
| Replacement Estimate | | | | | | |

| QTY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Furniture of America Vanity & Stool | 519.95 |
| 1 | Crown Mark Vanity | 1,049.95 |
| 1 | Ashley Bookcase | 149.95 |
| 1 | Ashley Queen Bookcase Bed | 619.95 |
| 1 | Ashley 6 Drawer Dresser | 375.95 |
| 1 | 5/0 Croft Cheer Matt Set | 679.95 |
| 1 | 4/6 Croft Cheer Matt Set | 599.95 |
| | | 3,909.65 |
| RECEIVED BY | | TAX 377.97 |
| | | TOTAL 4379.62 |

*Thank You for Your Business*

From:
Sent:         Friday, January 28, 2022 9:09 PM
To:           Trey Van Dyke
Subject:      Pics





























Sent from my iPhone

From:
Sent:       Friday, January 28, 2022 9:09 PM
To:         Trey Van Dyke
Subject:    Pics









100062

PEOPLE MOVERS
THE REAL MOVERS





























Sent from my iPhone

From:
Sent: Friday, January 28, 2022 9:10 PM
To: Trey Van Dyke
Subject: Pics

































From:
Sent:        Friday, January 28, 2022 9:10 PM
To:          Trey Van Dyke
Subject:     Pics











































From:
Sent:        Friday, January 28, 2022 9:11 PM
To:          Trey Van Dyke
Subject:     Pics































From:
Sent: Friday, January 28, 2022 9:12 PM
To: Trey Van Dyke
Subject: Pics

















































Sent from my iPhone

From:
Sent:        Friday, January 28, 2022 9:14 PM
To:          Trey Van Dyke
Subject:     Front door pics





Sent from my iPhone



























From:       Stephen Wong carwong9409@yahoo.com
Sent:       Friday, January 28, 2022 9:25 PM
To:         Trey Van Dyke







Sent from my iPhone

From:        Stephen Wise <swise0402@yahoo.com>
Sent:        Saturday, January 29, 2022 2:19 AM
To:        Trey Van Dyke
Subject:    Bed got wet and moldy on the frame





Sent from my iPhone

From:          Stephen Wise caswise0402@yahoo.com
Sent:          Saturday, January 29, 2022 2:20 AM
To:            Trey Van Dyke
Subject:       Wet and moldy bed









Sent from my iPhone

From:
Sent:           Saturday, January 29, 2022 2:22 AM
To:             Trey Van Dyke
Subject:        My good china broken





Sent from my iPhone

# EXHIBIT 8

**From:** People Movers <clientdesk@peoplemoversus.com>
**Sent:** Thursday, March 3, 2022 11:21 AM
**To:** Laura Ferret <leferret@bpelaw.com>
**Subject:** Re: Stephen and Amber Woo (2nd attempt)

Good morning,
My name is Doreen with People Movers (accounts manager for customer support) We have received documents in our office for Stephen and Amber Woo. I have tried to contact them however, have not received a response from them. If they would like to move forward with the claim process I would need to speak with either Stephen or Amber. I am in the office
Mon-Fri 9:00am-5:30pm
Thank you in advance for any assistance you can provide.

Best regards,
Doreen P



**PEOPLE MOVERS**
THE REAL MOVERS

**People Movers Team**

Phone: 650-257-2327 or 800-578-4268
**Accounting:** 650-659-5588
Email: clientdesk@peoplemoversus.com

Site: https://peoplemoversus.com/

# EXHIBIT 9

From:        Doreen Paular @People Movers <doreen.paular@peoplemoversus.com>
Sent:        Monday, March 7, 2022 2:15 PM
To:          Trey Van Dyke <treyv@bpelaw.com>
Subject:     RE: Stephen and Amber Woo

Hello,

My name is Doreen with People Movers. I forward you the link to CSI our claims department. Per my conversation with Amber I would assume at this point she filled you in with the process and CSI's policy. If you need further information please let me know. Or please contact CSI directly they would be more than happy to assist you.

Best regards

--

--



**PEOPLE MOVERS**
THE REAL MOVERS

**Doreen Paular**

Accountant

*https://peoplemoversus.com/moving-press/how-to-file-a-moving-claim-for-lost-or-damaged-goods*

--

Main 650-257-2327 ext.111  Direct (650) 649-5588

Address 5025 Arnold Ave, Suite 170, Sacramento, CA, 95652

https://youtu.be/5sS9gvmBq9E

https://youtu.be/Zv7T8jJoDkM

# EXHIBIT 10

| From: | Laura Ferret |
|---|---|
| Sent: | Tuesday, March 8, 2022 2:37 PM |
| To: | doreen.paular@peoplemoversus.com |
| Cc: | Trey Van Dyke |
| Subject: | RE: Stephen and Amber Woo |

Hi Doreen,

The link that you provided to your CSI claims department directs the consumer to send the claims information to the mover by certified mail (see screenshot below), and this is what our client did. Please advise whether PeopleMovers will be rejecting my client's claim, in which case they will proceed their Complaint.



Regards,

Laura

Laura E. Ferret | Attorney
BPE LAW GROUP, P.C.
2339 Gold Meadow Way | Suite 101 | Gold River | CA | 95670
Tel 916 966-2260 | Fax 916 346-4880
www.bpelaw.com

Notice: Please be advised that an attorney-client relationship is formed only AFTER signing a written fee agreement. This e-mail message and its attachments are confidential and/or attorney work product and subject to the attorney-client communication privilege. This e-mail is being transmitted to and is intended only for the use of the recipient named above. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and delete and/or destroy the original and all copies of the e-mail.

Attachment Disclaimer: If this e-mail has an attachment(s) Laura E. Ferret and BPE Law Group, PC, take no responsibility for changes, alterations or modifications of the attachment(s) by the intended recipient of the attachment or others after this e-mail leaves the BPE Law Group, PC's e-mail server.

IRS Circular 230 Disclosure: The information contained in this document, including enclosures and attachments, is neither written nor intended to be used, and cannot be used, for the purposes of avoiding Federal tax penalties, or promoting, marketing or recommending to another party any matters addressed therein. A formal opinion meeting specific requirements set forth in the new U.S. Treasury guidelines may be required to avoid Federal tax penalties.

**From:** Doreen Paular @People Movers <doreen.paular@peoplemoversus.com>
**Sent:** Monday, March 7, 2022 2:15 PM
**To:** Trey Van Dyke <treyv@bpelaw.com>
**Subject:** RE: Stephen and Amber Woo

Hello,

My name is Doreen with People Movers. I forward you the link to CSI our claims department. Per my conversation with Amber I would assume at this point she filled you in with the process and CSI's policy. If you need further information please let me know. Or please contact CSI directly they would be more than happy to assist you.

Best regards

--
--



**PEOPLE MOVERS**
THE REAL MOVERS

**Doreen Paular**

Accountant

*https://peoplemoversus.com/moving-press/how-to-file-a-moving-claim-for-lost-or-damaged-goods*

--

Main 650-257-2327 ext.111  Direct (650) 649-5588

**Address** 5025 Arnold Ave, Suite 170, Sacramento, CA, 95652

https://youtu.be/5sS9gvmBq9E

https://youtu.be/Zv7T8jJoDkM

# EXHIBIT 11



SIERRA N. GRANDBOIS, ESQ.
EMAIL: SGRANDBOIS@BPELAW.COM

ATTORNEY AT LAW
2339 GOLD MEADOW WAY, SUITE 101, GOLD RIVER CA 95670
PHONE: 916 966-2260 / FAX: 916 346-4880
WEBSITE: WWW.BPELAW.COM

April 19, 2022

*Sent via Certified Mail Return Receipt Requested and Electronic Mail* to:

People Movers
5025 Arnold Ave. Ste. 170
McClellan Park, CA 95652
clientdesk@peoplemoversus.com

RE:   DEMAND FOR RESPONSE: ACCEPT OR DENY CLAIM

People Movers,

As you have been made aware from several previous communications, this firm has been retained by Stephen and Amber Woo ("**Clients**") in regard to their agreement with you to move their household goods from 5652 Walnut Avenue, Orangevale, CA 95662 to 2834 State Highway 292, Lamar, AR 72486. If you have retained counsel, please forward this immediately.

In accordance with the processes outlined on your website and in 49 U.S.C. § 14708, a claim package was delivered to your office in February 2022, the cover sheet of which is attached herein as ("**Exhibit 1**"). This package was confirmed as received by your employee, Doreen Paular, in an email to BPE attorney Laura Ferret, dated March 3, 2022, a copy of which is contained herein as ("**Exhibit 2**").

**We have made several attempts via email and phone to receive a response from you as to whether this claim is accepted or denied, and we have not received a response.**

This letter serves as a demand to either **accept or deny** the claim that you received from our clients, on or before May 2, 2022. This is a final demand for a response.

In an effort to resolve this matter efficiently, our clients have attempted to work with you by completing your claims process in accordance with the instructions on your website. However, should you fail to respond to this final demand to either accept or deny the claim, our clients will have no remaining choice but to commence legal action and seek full recovery of costs and damages as our clients will be forced to treat the silence as a denial of the claim. Our clients may also seek attorneys' fees from you. While our clients would prefer to avoid litigation, they are prepared to pursue that avenue to protect their legal interest.

Regards,

BPE LAW GROUP, P.C.

Sierra N. Grandbois, Esq.
Attorney at Law

-1-

4210.000 | Demand Letter RE Claim Response

# EXHIBIT 1

**BPE**  **LAW GROUP**
A PROFESSIONAL CORPORATION

LAURA E. FERRET, ESQ.
Email: LEFERRET@BPELAW.COM
2339 GOLD MEADOW WAY, SUITE 101, GOLD RIVER CA 95670
PHONE: (916) 966-2260 / FAX: (916) 346-4880
WEBSITE: WWW.BPELAW.COM

February 8, 2022

Sent via Certified Mail to:

People Movers
5025 Arnold Ave. Ste. 170
McClellan Park, CA 95652

People Movers,

In accordance with the processes outlined on your website and in 49 U.S.C. § 14708, please find the attached claim for lost and damaged goods resulting from the recent move you completed on behalf of our clients, Stephen and Amber Woo.

Please direct any correspondence concerning this claim to our office.

Respectfully,

BPE LAW GROUP, P.C.

LAURA E. FERRET, ESQ.
SIERRA N. GRANDBOIS, ESQ.

Attachments:

1. Notice of Representation.
2. Contact Information.
3. Moving Information.
4. Bill of Lading.
5. Original Estimate.
6. Inventory.
7. List of Damaged/Lost Items.
8. Evidence of Damage.

# EXHIBIT 2

**From:** People Movers <clientdesk@peoplemoversus.com>
**Sent:** Thursday, March 3, 2022 11:21 AM
**To:** Laura Ferret <leferret@bpelaw.com>
**Subject:** Re: Stephen and Amber Woo (2nd attempt)

Good morning,

My name is Doreen with People Movers (accounts manager for customer support) We have received documents in our office for Stephen and Amber Woo. I have tried to contact them however, have not received a response from them. If they would like to move forward with the claim process I would need to speak with either Stephen or Amber. I am in the office
Mon-Fri 9:00am-5:30pm
Thank you in advance for any assistance you can provide.

Best regards,
Doreen P



**PEOPLE MOVERS**
THE REAL MOVERS

**People Movers Team**

Phone: 650-257-2327 or 800-578-4268
**Accounting:** 650-659-5588
Email: clientdesk@peoplemoversus.com

Site: https://peoplemoversus.com/