UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER WOO, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>UNITED EXPRESS GROUP, INC., et al.,<br><br>                Defendants. | No. 2:22-cv-01253-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>(Doc. Nos. 41, 49) |

       On June 12, 2024, plaintiffs, proceeding with counsel, filed a motion for entry of default judgment against defendants People Movers California, Inc., Long Distance Moving Experts, Inc. and Satellite Logistics, Inc. (Doc. No. 41.) The motion was referred to the assigned United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

       Plaintiffs' motion for entry of default judgment was submitted for decision without oral argument by the assigned magistrate judge on October 2, 2024. (Doc. No. 48.) On March 13, 2025, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for entry of default judgment be denied without prejudice. (Doc. No. 49.) Specifically, the magistrate judge noted that plaintiffs had moved for entry of default judgment as to only three of the six defendants named in this action and that the other three defendants had appeared in the case. (*Id.* at 4.) Due to the risk of inconsistent judgments, the magistrate judge concluded that the motion for entry of default judgment against the non-appearing defendants was premature and

should be denied without prejudice to its renewal following resolution of plaintiff's claims brought against the defendant who have appeared in the action. (*Id.* at 4–5.)

The findings and recommendations were served on the parties the same day that they were issued and provided that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 5.) To date, no objections have been filed and the time for doing so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The Findings and Recommendations issued March 13, 2025 (Doc. No. 49), are adopted in full;

2. Plaintiffs' motion for entry of default judgment (Doc. No. 41), is DENIED without prejudice to its renewal at the appropriate time; and,

3. This matter is referred back to the assigned magistrate judge pursuant to Local Rule 302(c)(21) for all further pretrial matters in light of defendant Gutu's *pro se* status.

IT IS SO ORDERED.

Dated: **March 28, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2