UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER WOO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED EXPRESS GROUP, INC., et al.,<br><br>Defendants. | No. 2:22-cv-01253-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT GHERASIM'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 69, 96) |

Defendant Petrea Gherasim is proceeding *pro se* in this civil action following the withdrawal of his attorney on August 5, 2025. (Doc. No. 64.) On September 8, 2025, this matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 73.)

On March 5, 2026, the assigned magistrate judge issued findings and recommendations recommending that defendant Gherasim's motion for summary judgment (Doc. No. 69) be denied without prejudice to its refiling. (Doc. No. 96.) Specifically, the magistrate judge found that the pending motion was filed prior to a scheduling conference and accordingly discovery in this case had not been completed at the time of its filing. (*Id.* at 7.) Moreover, the magistrate judge noted that plaintiffs' counsel had filed a sworn declaration stating that they would be unable to meaningfully oppose defendant Gherasim's motion without completing discovery. (*Id.* at 7–8.)

1

Accordingly, the magistrate judge concluded that plaintiffs had made a sufficient showing pursuant to Federal Rule of Civil Procedure 56(d) to warrant denial of the pending motion without prejudice to its refiling.  (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 8.)  To date, no party has filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.   The findings and recommendations issued on March 5, 2026 (Doc. No. 96) are ADOPTED in full;

2.   Defendant Gherasim's motion for summary judgment (Doc. No. 69) is DENIED without prejudice to its refiling upon the completion of discovery; and

3.   This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2