UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMBER WOO, *et al.*

Plaintiffs,

v.

UNITED EXPRESS GROUP, INC., *et al.*

Defendants.

No. 2:22-cv-01253-DAD-JDP PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO STRIKE ANSWER AND FOR CLERK' ENTRY OF DEFAULT AS TO DEFENDANT UNITED EXPRESS GROUP, INC.

(Doc. Nos. 93, 99)

Before the court is plaintiffs' unopposed motion to strike defendant United Express Group, Inc.'s ("UEG") answer and for Clerk's entry of default as to defendant UEG pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Doc. No. 93.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(19).

On July 7, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to strike defendant UEG's answer and for Clerk's entry of default as to that defendant be granted. (Doc. No. 99.) Specifically, the magistrate judge noted that the undersigned had ultimately granted the motion brought by UEG's counsel to withdraw, that *pro se* defendant Petrea Gherasim (UEG's owner) had been advised that he could not represent the corporation in this civil action, that defendant UEG had failed to retain counsel

/////

despite ample time to do so and that both plaintiffs' motion to strike UEG's answer and motion for Clerk's entry of default as to defendant UEG should be granted. (*Id.* at 2–3.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) No objections to the pending findings and recommendations have been filed and the time to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 7, 2026 (Doc. No. 99), are adopted in full;
2. Plaintiff's motion to strike (Doc. No. 93) defendant UEG's answer is granted;
3. Plaintiff's motion for Clerk's entry of default as to defendant UEG pursuant to Federal Rule of Civil Procedure 55(a) (Doc. No. 93) is also granted and the Clerk of the Court is directed to so enter default as to defendant UEG; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 4, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that the findings and recommendations were mailed to defendant UEG c/o of Petrea Gherasim at the address of record but were returned to the court by the postal service as "undeliverable, return to sender."